

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR                                       *271 Cadman Plaza East*
F. #2015R00096                   *Brooklyn, New York 11201*

February 4, 2016

By Hand

Deborah A. Colson, Esq.
Colson & Harris LLP
80 Broad Street, 19th Floor
New York, New York 10004

Anthony L. Ricco, Esq.
20 Vesey Street, Suite 400
New York, New York 10007

        Re:    United States v. Munther Omar Saleh, et al.
                   Criminal Docket No. 15-393 (MKB)

Dear Ms. Colson and Mr. Ricco:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure is made subject to the terms of the Protective Orders entered by the Court on August 20, 2015, as modified on December 16, 2015, and it supplements the government's earlier disclosures under cover of letters dated October 5, October 30, and November 18, 2015, and January 19, January 22, and January 31, 2016. The government renews its request for reciprocal discovery from the defendant.

        Enclosed are applications filed by the government with, and judicial orders obtained from the United States District Court for the District of New Jersey (DNJ000001-DNJ000850).

2

Please feel free to contact me if you have additional questions.

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:   /s/ Ian C. Richardson
Ian C. Richardson
Assistant U.S. Attorney
(718) 254-6299

Enclosures (DNJ000001-DNJ000850)

cc:     Clerk of the Court (MKB) (by ECF) (without enclosures)