# EXHIBIT A

Dear Judge Brodie,

Back in 2012, I was in 12th grade, I was awakened to my religion and started practicing. I saw the Civil War in Syria and I was moved. I felt a connection to the people and was bothered by their suffering. I had been involved in some activism for Palestinian rights under Israeli occupation and some activism supporting the democratically elected Islamic government in Egypt. I wanted to become an activist in the Syrian cause but I didn't support the oppressive Syrian government or the secular resistance. When I looked for religious alternatives, I only saw Al-Qaeda or the Islamic State. While Al-Qaeda is famously known as a terrorist organization, the Islamic State was rebranding itself at the time and was trying to show an image of a functioning state and government. I support the principles and goals of Islam. The Islamic State seemed to fit the criteria. They claimed to have established the laws of Islam, seemed to have set up an army, and also to have established a country. My goal was never to support a particular group, but to fulfill my obligation as a Muslim to help the oppressed. As the Prophet Mohammed said, "If you see something wrong, stop it with your hands, if you can't, then stop it with your tongue, and if you can't, then hate it in your heart." My goal was to at least stop it with my tongue- to talk against it on the platforms available to me. So I talked to my classmates face to face. I talked on Twitter, and I supported the Islamic State as an Islamic resistance movement.

I had noticed some extreme elements among them but I thought that helping would still be for the greater good. Staying among them, chatting, etc. required me to speak a certain way even if I wasn't fully in agreement or committed, and I still wanted to support the goals of Islam.

I was happy doing this and felt I had fulfilled part of my obligation. I could have continued speaking out by itself for a very long time. I believed that I enjoyed many rights as an American, including speaking freely online. I had always been taught that I can say anything and not get arrested. I had been motivated in this by lectures from the renowned war critic Noam Chomsky. I believed I couldn't be thought suspect for putting forth viewpoints that were opposite the government's narrative. That is why I truly refused to believe I was even being followed. But then I saw other people getting arrested, hurt, and even killed by law enforcement for what I thought was speaking out like I was doing. I am not trying to justify my actions, but this and noticing the surveillance vehicles following me changed my approach from speaking in a calm and free way to wanting to leave the country. I became fearful and frantic. I started exercising very bad judgment. I started talking in a more aggressive way in my texts, making plans to leave, and discussing resisting law enforcement and I had encouraged my friends in this. Sadly and regrettably I also went as far as to discuss violence. During this period, I found and contacted an Islamic State recruiter by text.

I regret all of these things. I am sorry for my shameful behavior. I feel terrible that my original goals were so misguided and clouded through my distorted view of the world because of my desperation.

When I was first arrested, I told myself I would re-learn my religion from scratch. I have been reading books, all the books I can get on the mainstream correct teachings of Islam from its teachings on business to marriage to history to government and politics. My views and understanding have been greatly refined.

I've had to learn many things the hard way. I was advised by wise people, including my parents and people at the mosque, but I was naïve, young, stubborn, and convinced about my ways. But now I appreciate their wisdom.

Among the things that I learned is a saying of the prophet. He said: "There will be a fitnah (a trial or test). The one who is sleeping is better than the one who is sitting. The one who is sitting is better than the one who is standing. The one who is standing is better than the one who is walking. And the one who is walking is better than the one who is seeking the trial out. If you have swords, break them. If you have arrows, break them and cut their bow strings. Be as furniture in your house." This means don't act rashly, that when things go really bad in the world, take a step back. Don't go out and seek the fight. I wish I had understood this better. I understand it now.

I am grateful for the tough lessons I have learned. I have been truly blessed in my life. But after these years of incarceration and contemplation I understand that I may receive additional punishment from the Court. I have aspirations and goals that I am eager to achieve. I want to please and help my parents who are growing older and weaker, and on whom this situation has taken the greatest toll. I have no inclination of leaving their side again and have no reason to cause any mischief in the land which I live. I again apologize for my naïve and rash behavior and ask only for leniency and a second chance.

I thank Your Honor for treating me with respect and giving my case so much attention.


Respectfully,


Munther Saleh

Dear Judge Brodie

Back in 2012, I was in 12th grade, I was awakened
to my religion and started practicing. I saw the civil war
in syria and I was moved. I felt a connection to the
people and was bothered by their suffering. I had been
involved in some activism for Palistinian rights under
Israeli occupation and some activism supporting the democratically
elected Islamic government in egypt. I wanted to become an
activist in the syrian cause but i didnt support the oppressive
syrian government or the secular resistance. when I looked for
relgious alternatives, I only saw Al-Qaeda or the Islamic state.
while Al-Qaeda is famously known as a terrorist organization,
the Islamic state was rebranding its self at the
time and was trying to show an image of a functioning
state and government. I support the principles and
goals of Islam. The Islamic state seemed to fit the
criteria. they claimed to have established the laws of Islam,
seemed to have set up an army, and also to have established
a country. my goal was never to support a particular
group, but to fulfill my obligation as a muslim to help
the oppressed. As the prophet Mohammed said "if you see something
wrong, stop it with your hands, if you can't, then stop it
with your tongue. and if you can't, then hate it in your heart"
.

My goal was to At least stop it with my Tongue—
To Talk against it on the Platforms available to me.
So I talked to my classmates face to face. I talked
on Twitter, and I supported the islamic state as an islamic
resistance movement.

I had noticed Some extreme elements among them
but I thought that helping would still be for the
greater good. Staying among them, chatting, ect.
required me to speak a certain way even if I wasn't
fully in agreement or committed. and I still wanted
to support the goals of islam.

I was happy doing This and felt I had fulfilled part
of my obligation. I could have continued speaking out by it
self, for a very long time. I believed that I enjoyed many
rights as an American, including speaking freely online.
I had always been taught that I can say any thing
and not get arrested. I had been motivated in this
by lectures from the renowned war critic Noam Chomsky.
I believed I couldn't be thought suspect for putting forth
view points that were opposite the governments narritive.

That is why I truly refused to believe I was even being followed. but Then I saw other people getting arrested, hurt, and even killed by law enforcement for what I thought was speaking out like I was doing. I am not trying to justify my actions, but this and noticing the surveilance vehicles following me changed my approach from speaking in a calm and free way to wanting to leave the country. I became fearful and frantic. I started exercising very bad judgment. I started talking in a more aggressive way in my texts, making plans to leave, and discussing resisting law enforcement and I had encouraged my friends in this. Sadly and regrettably I also went as far as to discuss violence. During this period, I found and contacted an Islamic state recruiter by text.

I regret all of these things. I am sorry for my shameful behavior. I feel terrible that my original goals were so misguided and clouded through my distorted view of the world because of my desperation.

When I was first arrested, I told myself I would re-learn my religion from scratch. I have been reading books, all the books I can get on the mainstream correct teachings of Islam from its teachings on business to marriage to history to government and politics. My views and understanding have been greatly refined.

I've had to learn many things the hard way. I was advised by wise people, including my parents and people at the mosque, but I was naive, young, stubborn, and convinced about my ways. but now I appreciate their wisdom.

Among the things that I learned is a saying of the prophet. He said:" there will be a fitnah (a trial or test) the one who is sleeping is better than the one who is sitting. the one who is sitting is better than the one who is standing. The one who is standing is better than the one who is walking. and the one who is walking is better than the one who is seeking the trial out. if you have swords, break them. if you have arrows, break them and cut their bow strings. Be as furniture in your house." This means don't act rashly, that when things go realy bad in the world, take a step back. don't go out and seek the fight. I wish I had understood this better. I understand it now.

I am grateful for the tough lessons I have learned. I have been truly blessed in my life, but after these years of incarceration and contemplation I understand that I may recieve additional punishment from the court. I have aspirations and goals that I am eager to achieve, I want to please and help my parents who are growing older and weaker, and on whome this situation has taken the greatest toll.

I have no inclination of leaving their side again and have no reason to cause any mischief in the land which I live. I again apologize for my naive and rash behavior and ask only for leniency and a second chance.

I thank your Honor, for treating me with respect and giving my case so much attention.

Respectfully,

α

Munther Saleh

# EXHIBIT B

September 10, 2017

To whom it may concern,

An anime enthusiast, animal lover, best friend, self-proclaimed comedian and my little brother. Me and Munther were the only two that had the closest relationship with only a year and a half apart, we got to see both sides of the world from different perspectives. At a young age we moved around many times due to different circumstances each time, ending up at different parts of the world between New York City and Jordan. First time we ever lived in Jordan, I had a huge difficulty in transitioning as I had to learn Arabic and the culture which was all new to me. However, I noticed Munther flourish and adapt quickly having only just started first grade, he was excelling in all his classes making friends quickly. Moving back to New York City two years later, transitioning was still a bit a difficult to relearn English and then again adapt to a new culture, but yet again for Munther he took everything light heartedly as he delved into the world of Pokémon and video games.

Expressing that Munther is lighthearted is an understatement, as I have come to live with him all my life and it became clear how complete polar opposites we are. For me every aspect of my life needs to be planned in precise intervals with many sticky notes covering my day to day responsibilities. I came to realize, and learned to accept, the fact that Munther does not possess the ability to ever organize or preplan a single aspect of his life. To him I was his confidant and his best friend but also to him I was his life planner. Inconsistencies drive me off the walls on an everyday basis whereas, to Munther, it is that sense of chaos that he thrives on. His inability to preplan paved a way for him to grow creatively as he won multiple science fair awards and often spent hours reading about animals and astronomy at the age of 6. Munther's creativity is what made him so curious about life, it was not sufficient for him to get an answer from a book but he

loved going and experiencing life himself. However, his creativity often made him sensitive to the world around him. Munther would often stop in the middle of the street to help a fallen bird, or cry over a snail that had salt poured over it. His sensitivity often made him a target at school, because although everyone loved his creativity and appreciated his sensitivity, it showed weakness which many bullies have prayed upon.

Moving back to New York City was amazing as we got to do all the things we had done when we were younger, like go to the park and get ice cream from the ice cream truck. However, within a year we had moved to long island into a huge house that would accommodate our big family. During our time in long island, me and Munther faced different types of discrimination that we have never faced before. As a Muslim girl, my only issue was making friends and fitting into a society that had a hard time placing me into their image, I later realized how tremendously more difficult it was and still is to be a Muslim boy in America. My brother always curious, a science lover, and again is and always will be, Pokémon admirer, was constantly bullied, labeled as a terrorist starting at the age of 10 in fifth grade. When asked why they would call Munther a terrorist, as Munther sniffled in the background, teachers and parents surrounding two young white boy's, who stated that it was because he was Muslim. Sadly, it wasn't the first time my parents would find themselves in the principles office having to defend a young boy from discrimination placed on him by ignorance. In the same year, my parents were called into the office because Munther's science teacher asked him what was in his pocket and when Munther told him it was a multi tool kit and attempted to pull it out the teacher began yelling at him sending him to the principal's office, calling security and securing him into a chair. My parents found my brother crying as he had tried to explain to them repeatedly, that he had used this tool to fix a drawer for my mother that morning and forgot it in his pocket. To them they had labeled

it as an act of terrorism, as again being Muslim and a boy in America that was the only logical thing he could be. After my parents spoke to the school and brought to their attention that this was a boy and not person out to get them as society has portrayed repeatedly of young Muslim boys, they had let him proceed with his school. Sadly, he often found himself outcasted but would find comfort in video games as he would bond over that with his friends at school. He found comfort in the internet because although he was shunned by society because of who he was, he realized there was no discrimination in the vast world of the internet, as he spent hours playing games with other people around the world, who saw him for who he was and not what he was portrayed as. He was a video game/anime nerd that's all he wanted from life.

Our second time going back to Jordan, Munther neglected the computer because he slowly realized that the people around him actually accepted him, loved him for who he was. His personality began to flourish once again as he started going out with his friends, playing soccer at all hours of the day, and just eternally satisfied with being himself for once. By the end of two years, we had moved back to New York City, so I can pursue a college degree and because my younger siblings were to follow in my footsteps eventually. Munther again found himself isolated and outcasted by society, he still kept in touch with his friends from Jordan which made him feel normal in a world that saw him otherwise. As his personal planner, I assisted him with applying to colleges after he graduated from high school. I found him more and more enclosed in the world of the internet as he sought to find acceptance in society somewhere.

Munther is a lover of life, as my last memory of him is on a bike drinking bubble tea singing tunes to Pokémon and me shaking my head at his carefree attitude at life even though he was 19 years old. Because although my brother faced a lot of discrimination in his life, he loved it regardless and he gave everyone in his life the benefit of the doubt believing everyone was

good in some way or the other.  He never judged others, because he was often judged himself. Munther became an easy and vulnerable target on the internet as he searched for acceptance, which is something many young people are now doing around the world. I am happy to say that his carefree attitude still is intact as he constantly requests more books about science, anime and food, for the young curious boy I grew up with still exists today and still admires the world around him.

Sarah Saleh

# EXHIBIT C

| | |
|---|---|
| **Recipients** | Nader Saadeh (100002060423920) |
| | Munther Saleh (1362485569) |
| **Author** | Munther Saleh (1362485569) |
| **Sent** | 2012-04-26 02:28:04 UTC |
| **Deleted** | false |
| **Body** | hayyyyy Naidarr mann ;) sallam mann :) i have been kinda buisy doin thingss, i been being a better Muslim lately, alhamdulilah, i never knew it, but religion effect's the shit out of your life,heres what happened: |
| | *i stopped playing guitar,i got so guilty listening to guitar, you can really feel how haram it is :p but i learned how to play guitar pretty professionally ;) |
| | *stopped listening to all music except music from pokemon games(crystal/emerald/diamond) and some nasheeds;) |
| | *i completely stopped playing pokemon ;D its the biggest thing that happened in my life since....i was born ;I its hard but im holding my self pretty well ;) alhamdulilah ;) |
| | *im having less and less motivation to go to college, it looks like there's no halal job in the world anymore or atleast non that doesn't need allot of paper work D; im planning on doing this, going back to Jordan, buy some land, buy some sheep, open some butcher place, and live my life like that, a butcher, its halal and a butcher is the highest paying job in Jordan, on eid they make thousands of dollars, each sheep is like 150-250, with 5 customers i can easily make more than a thousand dollars a day, they dont even pay like that in America!! |

yea, Islam can change a person completely for the best;) how u been lately? u been doin anything? u changed? come on spill girl ;D tell me ;)

miss u mann :D love u :) salamm

Society & Culture    Religion & Spirituality      Next

## What is the right way to live? By god?

When he created us, he must have visioned an ideal way of lifestyle. I mean this current civilization isn't the way to live for sure. Its hard to tell people they are sinners, when everyone to this age isn't living the way we were intended. For one, being on this computer is a stupid fad of civilization, it has no universal value to it. We and everyone on this sites lives are based on materialistic possessions. I think the only thing which indicates how life is supposed to be lived is Adam and eve. They seemed to have nothing not even any form of knowledge, but at the same time they had everything, they were bound by the love for each other, and they were bound to god, and contained innocence and lack of truth. I think if the bible tells us anything, it would be that we need to follow them. Yes they took the apple which contained truth, and everything changed, and soon civilization and science prospered. If you think about it the whole concept of science is a sin, as its manipulating and unnaturally altering gods creation in ways to selfishly benefit us. So in this day and age, one cannot really do anything to not sin. I find christians quite hypocritical because of this because they preach and preach and impose fear, but they are using their fair share of technology, and most likely, science addicts, and wasting way too much trash to think about. Now you can't blame someone to see this fake plastic technological world, and turn to sex, drugs and violence to live a more down to earth life. But then how do i live the life god intended us to live? My only guess is by dropping all of our materialistic posessions, and turn to love and become what adam and eve should have been, thats the only answer which makes sense.

I mean nobody can say, "i'm a christian, I browse yahoo answers all day, preach non christians of how much of a disgrace they are, and go to work, and eat steak, and come home to my wife which i'll soon to divorce". I mean to me theres nothing holy in that, and there has to be more one has to do in order to become closer to god. And my guess is to throw away all knowledge, science and materialistic goods, and stick to simple naked innocent love, and only then will you truly be accepted by god. Just a thought. Also atheists who

i was born in America, im now 16 and seen the world to its fullest,lived most my life here, been addicted to 4 things, science games/electronics religion and weight lifting, i sold all my games (everything from Nintendo to Sega to Sony to namco, some date back to the 70's) and threw my phone over the Brooklyn bridge,life of materialism is not a life, i stopped studying science, you dont take these with you when you die, your body and your religion are all you have, i work out so when i die, i give god my body better than the way he gave it to me, as a thanks for making me, and i try to be the most religious and humble i can be, by the time im 20, i see my self living a happy life in a small house/tent with my wife as a goat herder/shepard, just gonna raise goats in my country's Jordan and Palestine, living amongst happy Muslims who dont care about ipads, actors and the economy,im just gonna sell goats, make a good living and have free food, until i do that, i cant see my older self living happy at all, nothing but a man his wife, goats and god, what more can a man ask for?

Source(s):
happy Muslim ;)

Munther Saleh · 3 years ago

Comment

---

### Ask a question
usually answered in minutes!

What's up?

Details     Submit

---

### Related Questions

Is the Christian god a living god?

The son of the living God?

Why do Christians call the Bible a living Bible, or God a living God?

More questions

---

### Answer Questions

My wisdom is smarter than yours? How does this FACT make you feel?

Why is Saudi Arabia ruled by a celestial

... gay?

Do atheists have a hand to play in this worldwide spiritual battle? apart from?

---

### Trending

I used to be a very important and prominent atheist on this site, but now I am a Christian. Why aren't all atheists converting?
48 answers

Have you ever noticed how when actually challenged by a question here on Y!A, Christians tend to skip it in droves?
39 answers

Can you give one solid fact that would prove God exists?
116 answers

More questions

---

Terms   Privacy   AdChoices   RSS

---

Answers Home

All Categories

Computers & Internet
Consumer Electronics
Dining Out
Education & Reference
Entertainment & Music
Environment
Family & Relationships
Food & Drink
Games & Recreation
Health
Home & Garden
Local Businesses
News & Events
Pets
Politics & Government
Pregnancy & Parenting
Science & Mathematics
Social Science
**Society & Culture**
Sports
Travel
Yahoo Products

International

About

Answers     Relevance

Case 1:15-cr-00393-MKB   Document 137-1   Filed 01/23/16   Page 18 of 59 PageID #: 2099

What is the right way to live? By god?

Add your answer

Home   Mail   Search   News   Sports   Finance   Weather   Games   Answers   Screen   Flickr   Mobile   More ⌄    Install the new Firefox »

Search Answers   Search Web

Sign In   Mail

Answers Home

All Categories
Arts & Humanities
Beauty & Style
Business & Finance
Cars & Transportation
Computers & Internet
Consumer Electronics
Dining Out
Education & Reference
Entertainment & Music
Environment
Family & Relationships
Food & Drink
Games & Recreation
Health
Home & Garden
Local Businesses
News & Events
Pets
Politics & Government
Pregnancy & Parenting
Science & Mathematics
Social Science
**Society & Culture**
Sports
Travel
Yahoo Products

International
About

Society & Culture   Religion & Spirituality      Next

## Question for Fellow Muslims?

Should we follow our eastern brothers example and kill all those who refuse to submit to allah?
for as it says the persecution of muslims is worse than the slaughter of infedels

Allah will make you pay if you do not submit to islam

Follow     10 answers

Answers      Relevance

### Ask a question
usually answered in minutes!

What's up?

Details      Submit

### Related Questions

Fellow Non Muslims and My Fellow Muslims.. A question I was wondering?

***Fellow muslims***- I am intrested in becoming a salafi muslim?

***Fellow Muslims***- As-Salamu Alaykum!?

More questions

### Answer Questions

Just because Luciferians god is a thief, should they be allowed to steal words?

Why do American Christians call the legalisation of gay marriage 'the Christian holocaust' ?

Can I have an affair with this married guy without God allowing something bad to happen to me afterwards?

Christians do you feel reassured knowing that jellyfish have survived for 650 million years despite not having a brain?

### Trending

If I'm an atheist, give me one legitimate reason why I shouldn't kill another human being?
236 answers

If atheism is a mere lack of belief in God, where does the intolerance towards those who think differently come from?
65 answers

Are there any Atheists that do not approve of gay marriage?
22 answers

More questions

Terms   Privacy   AdChoices   RSS

yo bro WHAT ARE YOU DOING?!!!!

did you forget what Allah-swt said when he declared "there is no convulsion in religion"? no killing nd no fighting unless they fight you, let them throw the first punch, no killing innocent civilians EVER, its even haram to burn trees and farms let alone kill people ;( haram beyond belief if your even thinking of this stuff ,lets all pray for guidance and for other's to be guided as well, amen ;) don't paint this image in your head that Islam is this constant struggle against kaffirs, its peaceful submittance to god and his messenger and that's all :)

Munther Saleh · 2 years ago

| 0 | 0 |                                                                      Comment

Question for Fellow Muslims?

Add your answer

SOCIAL SEARCH     SOCIAL ANALYTICS     SOCIAL TRENDS     TOPSY PRO LOGIN ⏻

# TOPSY

| From@mundir555 | 🔍 | Sort by relevance ▾ | ⚙ |

**Latest Results**

| Past 1 Hour | 0 |
| Past 1 Day | 0 |
| Past 7 Days | 0 |
| Past 30 Days | 0 |
| All Time | |
| Specific Range | |

🌐 Everything
🔗 Links
🐦 Tweets
📷 Photos
📹 Videos
👤 Influencers

**All Languages**

English
中文
日本語
한국어
Русский
Deutsch
Español
Français
Português
Türkçe

**Abu Omar al-Ramli(ﻉ) @mundir555**
Islamic State vows to equally share revenue from water, oil and other resources between all Muslims as ordered by Prophet Mohammad saw.
🐦 7 months ago  ↩Reply  ⇄Retweet  ☆Favorite  💬18 more

‹ Prev  1  2  3  4  5  6  7  8  9  10  Next ›

Support     Terms & Conditions

Sign In 🐦 f     English ▴

© 2015 Topsy Labs, Inc.

# TOPSY

SOCIAL SEARCH    SOCIAL ANALYTICS    SOCIAL TRENDS    TOPSY PRO LOGIN

From@ChyukaRyori8

Sort by relevance ▾

**Latest Results**
| | |
|---|---|
| Past 1 Hour | 0 |
| Past 1 Day | 0 |
| Past 7 Days | 0 |
| Past 30 Days | 0 |
| All Time | |
| Specific Range | |

🌐 Everything
🔗 Links
🐦 Tweets
📷 Photos
🎞 Videos
👤 Influencers

**All Languages**
English
中文
日本語
한국어
Русский
Deutsch
Español
Français
Português
Türkçe

**Chyuka Ryori** @chyukaryori8
Bismillah. iPICTURE - Islamic State public services planting trees in streets of Wilayat al-Fourat ->
pic.twitter.com/L77mgs5D9P
🕐 4 months ago    ↩Reply    ⇄Retweet    ☆Favorite    💬5 more

‹ Prev  1  2  3  4  5  6  7  8  9  10  Next ›

Support    Terms & Conditions

Sign In 🐦 f    English ▴

© 2015 Topsy Labs, Inc.

# TOPSY

From@ChyukaRyori8

Sort by relevance ▾    ⚙

Latest Results

| Past 1 Hour | 0 |
| Past 1 Day | 0 |
| Past 7 Days | 0 |
| Past 30 Days | 0 |

All Time

Specific Range

🌐 Everything
🔗 Links
🐦 Tweets
📷 Photos
▦ Videos
👤 Influencers

All Languages

English
中文
日本語
한국어
Русский
Deutsch
Español
Français
Português
Türkçe

**Chyuka Ryori** @chyukaryori8
Al-Battar media (Eng sec) presents Opening of a public Islamic Library, Subtitles: Menbej
archive.org/details/AamaqN… pic.twitter.com/S9PUq69jhq
🐦 4 months ago   ↩ Reply   ⇄ Retweet   ☆ Favorite   💬 26 more

‹ Prev   1   2   3   4   5   6   7   8   9   10   Next ›

Support    Terms & Conditions

Sign In 🐦📘    English ▴

© 2015 Topsy Labs, Inc.

SOCIAL SEARCH    SOCIAL ANALYTICS    SOCIAL TRENDS    TOPSY PRO LOGIN →

**TOPSY**

From@MediaHisbah    🔍    Sort by relevance ⌄    ⚙

Latest Results
Past 1 Hour    0
Past 1 Day    0
Past 7 Days    0
Past 30 Days    0
All Time
Specific Range

🌐 Everything
🔗 Links
🐦 Tweets
📷 Photos
▦ Videos
👤 Influencers

All Languages
English
中文
日本語
한국어
Русский
Deutsch
Español
Français
Português
Türkçe

**Social media hisbah** @mediahisbah
Wilayat Ninawa Jewelry stores in Mosul city, selling and running well. #IS nasher.me/report_8/
pic.twitter.com/NrWCrFD4P6"
🐦 4 months ago    ↩Reply    ⇄Retweet    ☆Favorite    💬3 more

‹ Prev    1    2    3    4    5    6    7    8    9    10    Next ›

Support    Terms & Conditions

Sign In 🐦 f    English ⌃

© 2015 Topsy Labs, Inc.

# EXHIBIT D

September 1 2017

Honorable Judge Margo Broadie

I am Maysoon Saleh mother of Munther Saleh .

The minute I start thinking about my son ,memories takes me back to the time when he was born, at the hospital they firs gave me the baby I gently touched his head , he turned his head like if he wanted his face touching my hand , ever since that little baby stayed close to me in every moment of my life.

When I talk my son ,I talk about my happiness , we would talk for hours without feeling the time passing, he would tell me all of his daily things in details , we would sing together, he loved the beetles, he is close to me and he likes the things I like ,the nature the animals the birds.

He feels with the poor and homeless people, he always help them with whatever he has.

I remember whenever I felt to be alone, I would go to my room and lock the door , he would knock on the door gently and whisper, mom please just let me know if you ok ! , he wouldn't go away until I say I am ok . He bought me things to make me comfortable, like a hat to protect me from the sun when I feed the birds , a travel pillow to rest my neck when I read or watch tv , a mesh back lumbar , a crystal flower, things that I need and love, so every time I look around my room every thing reminds me of him , sad just to think about this young and gentle person is caged , the person who doesn't like to have birds at home just because he simply thinks they have to be free .

I really appreciate that you listen to mother's feelings, for a son full of life , has a long life a head of him ,

I always pray for my son to come home, and start his new life .

Thank you your honor for giving me the opportunity to express my feelings.

Munther Saleh mother, Maysoon Saleh

*Maysoon o. Saleh*

4155 Bowne st.

Flushing , NY 11355

August 14, 2017

Honorable Margo K. Brodie
United States district Judge
225 Cadman plaza East
Brooklyn,NY 11201

Your honor, I am Omar Saleh , Munther Saleh father I live in Flushing,NY since early 80's .
My son Munther  loved inventions , we gave him nickname the inventor, he was motivated
by  Albert  Einstein that's why he attended College of Staten Island to become electrical engineer,
he was so excited to live in dorm, using the transportation from subways to the ferries, walking
through the city skylines often taking pictures and show it to us with a proud of being living in
the biggest city in world ,it was the first time ever to do all the things on his own, often we sent
him money through western union, he never ask for money unless we ask him, he was shy to ask
since he knew that we live a  low income, that's when I suggested that he switch to city colleges,
I suggested he try to go to college of aeronautics since his hobbies was mostly to create little
things since early age, he found a part time job through an employment agency, to work with a
fashion company, just to deliver samples to other offices, he was so happy to go around on his
own, it was a new experience for him.
Munther was always very calm person, trusted people, often he meets the homeless on his way to
college and buy them coffee and donuts with whatever money he has on him, he came home
ones with very sad face I remember it was very cold , when his mom asked him what happened ?
He said it's cold outside and there's a few people out there need some jackets, his mom told yeh
it's ok , we put some used coats on the side to give them away, you can take them, the look on his
face changed, he grabbed the bag and went outside running with excitement.
Munther loved video games, poke man, super Mario, none violence game he would spend hours
playing wouldn't get tired, he also loved watching comedy on YouTube,funny shows mostly Mr
Been, and he would spend a lot of time watching Sponge Bob with his then seven years old little
brother.
Munther helped doing some volunteer in the mosque, he also helped in the Islamic Society of
North America (ISNA) convention in which former president Jimmy Carter attended and made a

speech, Munther came back so happy that he saw the president of the United States and he got a signed book by the president, Munther was one of the cameramen at the convention.

Munther loved biking, that was one of the reasons he bought food for the homeless,( he used his transportation and lunch money ).

Munther your honor was victim of the new lifestyle and the social media, he was harmless person , we will help him to start new life away from old friends and other media outlets, and help him build confidence to become involve in the society in a good manner, I'm trying to start a small business most likely deli I'll need him to help me with .

We all as a family, my wife my children my brothers sisters and cousins we all condemned all act of violence and terrorism

Since his arrest , our life completely changed, waiting for him to come home, put this two years of a nightmare behind us , and we consider this as a great punishment and experience we all learned from.

May God bless you all

May God bless the United state of America


Sincerely yours

Omar Saleh , Munther's father

# EXHIBIT E

Dear Mr/Madam Judge

Amman, Jordan,     July, 28th 2017

I, the undersigned , Feryal Abu Farha, the aunt of Munther and I know him since his childhood.

Munther used to come with his family to Jordan on vacation frequently and he stayed long period and frequented the school here in Amman. Since his home is very close to us, this allowed us to know Munther more and deeply.

Munther never harmed anyone and he has been always calm, gentle and respectful to others whether relatives, colleagues or friends. He also showed love and passion towards animals mainly the in-house one.

We were very surprised and very shocked to hear about his case but we believe in you and your justice since the USA is considered the leader for that in the world. I know very well how difficult to be a judge but I am sure that you will put in consideration the behavior of Munther and his education at home since he is born in the USA, his whole family, his father and grandfather are citizen of the USA for the last 5 decades and have proved their citizenship.

Sincerely yours,

Feryal Abu Farha

Aunt of Munther

07/20/2017                          In the name of Allah, the Beneficent, the Merciful


                              Honorable Judge

Best regards

I'm writing to you this, my letter, full of hope and faith that you will read it with care and attention, as I'm the uncle of "Minther Omar AL Saleh", I found myself writing these words about a young man who was not supposed to be in this situation he is in, that hurts me, I knew him since his childhood, when he used to visit us in Jordan…all people met with him, or knew loved him, he throws the smile, happiness, and goodness in any place he is. I knew him extending hand in help of the needy …without asking rank, nationality, or religion, all to him are equal.

O fair and just justice, dear judge… I'm writing to you these words knowing that the United States is the land of freedom, and treats with essence of the law, its justice doesn't treat anyone unfairly, a quote from Nelson Mandela when he said: "human cooperation ties us together, not only through kindness and forgiveness, but as human being who transform our common suffering into a hope in the future", applies here.

Dear Honorable Judge

My sister's family is a generous, kind, and with dignity, it is not a recent surge in your generous country…But lived over thirty years in this country, and learned how to share values and concerns of this country, this family saw nothing but good things in this country, and this country saw nothing of this family but good things, this family raised its children and put in their minds the love of this land we share love and tender.

O fair Justice

I write to you this letter to look at it, and have comprehension, "Minther's case", and with kindness, care, and mercy and fairness…so we can see him very soon free among his family members.

Permit me to say: Justice is the main foundation of ruling.

Respectfully

The Uncle of Minther Omar Al Saleh

Hashem Ahmed Abu Farha

Nasser Ahmed Abu Farha

بسم الله الرحمن الرحيم

٢٠١٧

عناية السيد القاضي المحترم

تحية طيبة وبعد ...

أتقدم لحضرتكم أتقديم خطابي هذا وكلي أمل برد من تفضلكم
الصادق بالنظر بمضمون كلمات الخطاب بعين الرحمة والعطف
وأرجو باعتذاري هذا أن "المنذر عن نفسه" وحدثتك نفسي أكتب
اليكم حيث اكلمك عن شأن ... لا يليم بعضهم المقصد وقت أكتبني
حاله الذي حيران ... وهو أشأن الاطفين حيايا كلهم ... (الذي حيرتني
عنك بعويت) أظهارهم ... عندما كلمه برزنا في تكوين ... رط النفس (م
أهنّ أو عرفت أني أحبّت ... بيئة استقبلت و فرج والخير الشا
كلامه ... عر شيء بيئت ... ير العون وأساند للاحتياج ... لم يكن لعمري ...
أو حبيبة ... أو حبيبة ... لكن عندهم سواء ...

أيها الأصحاب الصادق ... أشرح الفاضية أشامجس ... لكن
اليكم حيث اكلمكم ... وقد عبرنا أمما أولايا جي المنذ م ... حمل بلد كلم
شتغل برج القتا ثون ... وإن نظام عنه قضايا أخبر ... وكلام حول
نليس منكم يتقصى سلم عن تال ... (١ ١ لتوكل (ين أي رط عا بعضنا
لسالك (ين والأشفت نحس ... وكان كير بعلوا كيميت توبر لمنافذ
المشتركة إلى أجل المستقبل (( .

أيتها الفاضية فنا قبلك ...

إن عناية أختي ... لمهم عانيت كريمة طيبت ... حطاء هجر ... لم تكن
وليهم لحظة في لمكم القيم ... وتقرط عاشنت شراك أشار نمير عاس
في هذا البلد ... وأصبحت أحداثها شرارك مع أبد (د حمر) وأنسى
لا منه مصلحة (الوطن ... وإن حيم كسير عاما وتي ... سم تووزا شكل نحوم
إنما تي أير ... ولم تم ... سرط الصلاح إلى أكو ... وعلى هذا القصم ربتي
أبناءها جمع كست سريم هي أوراقن القتي تك تركن (الحيا لحظاير ...

أيها الأصحاب الصادق ... أرجو خصكم هذا الخطاب ... وكلي أمل
بالنظر (من واني تضيته (أي ٨ منظر الصحاك) بعين (العناية وا لعناة وعوى
ولاحباته والاصداق ... وإنما أم تربت هذا طلبنا بين أصلاب والجماعة ...
وأكرمكم لله ... (العدل (س) ... ن يكن ... خولي شنيد صحابي
وصليا لنا عبد البرهان ... هاشمي أحد أبورهم حمد
... عبد أحمد أبورهم حمد

Honorable Judge

I'm Asala, daughter of Minther's aunt, I know him since our childhood, when were attended the same school, we used to go together to the school, it was a marvelous time, as Minther used to incentive us to happy and to love the life, when Minther was young, he used to enjoy observing insects and earth worms, he used to follow it and observe it, he was very protective, once I wanted to get rid of a Cochlea that was in our home patio; trying to put salt on it, Minther stopped me and said: " don't ,it is a sinful act; it is a soul".

I never forgot that incident since my childhood, Minther had a good heart, friend of all, life loving, and animals, even the worms in the patio of the house, he used to play with it when he was young.

I trust the fair Justice; I have faith in the American Justice, and full of hope and confidence that they will see this human side that Minther was raise in.

Respectfully

Asala Nidal

Amman 7/29/2017

سعادة القاضي / القاضية المحترمة

أنا أصالة بنت خالد منذر أعرفه جيداً منذ الطفولة حيث كنا في مدرسة واحدة وكنا نذهب سوياً إلى المدرسة كانت أيام طفولتنا رائعة جداً حيث كان منذر يزيدنا سعادة ومحبة للحياة، كان منذر منذ طفولته يلهو بالحشرات والديدان الأرضية وعادن يتبرجم ويتأمل برؤية معيشتها وكان كثير الحرص على الرفق في حق أنني مرة أردت التخلص من بعض الصراصير التي كانت في فناء بيتنا برش بالملاح كي تموت إلا أن منذر منعني من ذلك وقال لي حرام هذه روح

لم أنسى تلك الحادثة منذ نعومت أظافري، كان منذر رقيقاً القلب صريح حباً لكل حياة الحياة والحيوان حتى الديدان حتى وصف البيت الذي كان يداعبها وهو صغير

أتمنى أن تمم بالقضاء وبالقضاء الأمريكي وكل أهل ورثت بأن ينظروا بعين الاعتبار إلى هذه الأمور الإنسانية التي تدل على رقي منذر.

وشكراً
أصالة نزال

أجادير في 29-7-7 7.17

Five Apple

**AUGUST 07, 2017**                                        **Al-Saleh 1**

**Honorable Margo K. Brodie**

**United States District Judge**

**225 Cadman Plaza East**

**Brooklyn, NY 11201**

RE:  **Munther Saleh**

**Honorable Margo K. Brodie:**

      My name is Shukri Al-Saleh, a manager of AM Petroleum, in Austin, Texas. I am Munther's oldest uncle, his father Omar Saleh is my youngest brother. I know my nephew Munther Saleh since his birth. I know him to be cooperative, hardworking, family man who is community-minded. He has worked hard in his school to benefit his country the USA, and help his family.

      For me, Munther Saleh is a good man. He is honest to me as a nephew. He loves his family, and his community. He values the importance of having a good relationship with his family, and his society. In fact, Munther Saleh is a warm-hearted person especially to his little brother and sister; actually he has an amiable personality, always ready with a kind word and a smile.

      He obviously understands that he has done wrong and expresses regrets at his attitudes. He would like to learn from his experience and move forward with his life. I think that an extended prison term will serve as a massive hardship for his parents, who will suffer the accountability of attempting to repay the costs of the court case and compensation. I imagine that his little brothers and little sister are of

Al-Saleh 2

whom have presumed a large portion of the restitution cost, will be enormously

inversely affected if he is required to go to prison.

Thank you all very much in advance for the help and support to Munther Saleh in

this significant time.

Respectfully yours,

Shukri Al-Saleh

July 8, 2015

I, William H. Ehmer still reside in the area of Met Food Market with my wife of 41 years Katherine Ehmer.  We are occasional shoppers at Met Food and met Mr. Omar Saleh who is the manager of this store.

This man was always pleasant with a smile when he would see my wife or myself shopping in his store.

It has been 30 years since we first met Mr. Saleh.  We both enjoy sports and would have occasional comments on how our local teams were playing.  In doing so, I came to know and respect this man who came from Jordan to work hard and bring his family up the American way.

I also met Mr. Saleh and his son, Munther, once going to a Met baseball game two years ago.  When we saw each other Omar introduced me to his son.   His son appeared to be a nice young man who was polite and well spoken.

I will stand up for Mr. Omar Saleh.

Thank You

Mr. William Ehmer

July 27, 2015

To whom it may concern,

Please be advised we herewith state that my wife and I have known Tony(??)  for almost 30 years and readily give our names as reference on his behalf.

He was always helpful in the Met store whenever could not find sale item. We wish him well in any future job searches.

Sincerely yours,

Charles and Mary Morgan

Loyal Mets customers

July 27. 2015

To whom it may Concern

Please be advised we herewith state
that my wife and I have known Tony
for almost 30 years and readily give our
names as reference on his behalf.

He was always helpful in the Mets
store when ever could not find sale items.
We wish him well in any future job
searchs.

Sincerly your
Charles and Mary Morgan
loyal Mets customers

143-06 Barclay Ave #3G

Flushing, N.Y. 11355

Aug. 22, 2016


To Whom it May Concern:

I am writing this letter of Character Reference on behalf of my friend Mr. Omar Saleh. I've known him for twenty years and have known his son Munther from birth.

They are an upstanding family and a pillar in the neighborhood. His father has taking him to basketball games which I have given tickets to.


Sincerely,


Mrs. Laura Moore-Maldonado

143-06 Barclay Ave #36
Flushing, N.Y. 11355
Aug. 22, 2016

To Whom It May Concern:

    I am writing this letter of Character Reference on behalf of my friend Mr. Omar Saleh. I've known him for twenty years and have known his son Munther from Birth.

    They are an upstanding family and a pillar in the Neighborhood. His Father has taking him to Baseball Games which I have given tickets too.

Sincerely,
Mrs. Laura Moore-Maldonado

To Whom it May Concern,


I Barbara, James Bonarro (?) have lived in (?) for over 35 years. I have I know Omar Saleh (Tony)  for over 30 years. We always shop at Mets Supermarket. I have met his son. Munther always polite and very helpful. I have met the Saleh fam. They are very nice people Tony has always worked very hard for his family. We could only pray that all of this could be clear and her son could be back home with family.


Sincerely,


Mr. & Mrs. J Bonarro

To Whom it may concern

I Barbara James Bonano have lived in this for over 35 years I hone I know Omar Saleh (Tony) for over 30 years. We alway shop at Mels Supermarket. I have met his son. Month's alway polite cend very helpful. I have met the Saleh Fom. they are very nice people Tony has always worked very hard for his femily. We could only pray that all of this could be clear and her son could be back home with femilly.

Sincerely.
Mr & Mrs J Bonano

Frances ??

143-48 Sanford Ave, Apt 309

Flushing, Queens NY 11355


To Whom it May Concern,


In reference to Omar Saleh and his son Munther. I have the pleasure and honor to have met him as he worked for the Met supermarket on Bowne Street here in Flushing, Queens on Bowne St. I have known him to a young man who has never shown any anger towards any person.

He comes from a family of well educated persons.

Maybe during the road of life he may have met persons who misled him by words or actions do to their lies and untruths.

I am asking the Judge- court to show mercy and compassion to him.


Thank you,


Frances Santaniello


PS- I have lived in this neighborhood since 1968 to present time.

FRANCES SANTANIELLO
143-45 SANFORD AVE
Flushing Queens NY 11322

To Whom it May Concern

I'N-REFERENCE-TO OMAR SALEH AND His
son mULther. I HAVE THE PLASURE AND HONOR to
HAVE met Him - As He worked For the mct supermarket
on Bourne-street. HERE-IN FLUSHING Queens on Bourne st.
I HAD.Know him to a young man who HAs NEVER
shown any AngerTWARDS any person.
He comes FROM - A FAMILY. oF WELL EduCATED
Persons.

MAY Be. DURING The ROAD oFLIFE. He may
HAVE met persons who. misledhimby wordsoraetions
Do to Their Thier Lies. andcuntruths
I AM. ASKING. The JUD9e-court. to show mercy
AND COMPASSION tohim
                    Thank You.
                    Frances Santaniello

PS
I. have lived in this neighorhood since 1968 to Present time.

# EXHIBIT F

Honorable Margo Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Feburuary 15, 2016


Your Honor:

My name is Imam Abu Ahmed and I am an assistant to the head Imam at Masjid
Alfalah, the mosque located at 42-12 National Street in Corona, Queens. As part of
my duties at the mosque, I am present for many of the volunteer hours and
community meetings as well as the prayer times held at our mosque.

Before May 2015, I frequently saw Munther Saleh at the Masjid Center during
volunteer hours, serving food and providing other community service as organized
by the mosque.

Signed,

Imam Abu Ahmed
Masjid Alfalah

# EXHIBIT G





# EXHIBIT H

**REDACTED**

# EXHIBIT I

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **District & Docket No.** | **Name** | **Charges** | **Convictions** | **Sentence** |
| 2 | E.D. NY 15-cr-116 | Pugh, Tairod | 1. Obstruction and Attempted Obstruction of an Official Proceeding (18 U.S.C. § 1512 (c) (1) & (2)); 2. Attempt to Provide Material Support to a Foreign Terrorist Organization (FTO) (18 U.S.C. § 2339B). | Convicted at trial of Counts 1 & 2. | 5/31/2017: 420 months' incarceration; 5 years supervised release. |
| 3 | W.D. NY 14-cr-6147 | Elfgeeh, Mufid | 1-3. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B); 4. Attempt to Kill Officers and Employees of the United States (18 U.S.C. §§ 1114(3) and 1113); 5. Possession of a Firearms and Silencers in Furtherance of a Crime of Violence (18 U.S.C. § 924(c)(1)(A) and 924(c)(1)(B)(ii)); 6-7. Possession of Unregistered Firearm Silencer ( 18 U.S.C. §5841, 5861(d) and 5871). | Pled guilty to Counts 2 & 3. | 3/17/2016: 270 months' incarceration; 330 months supervised release. |
| 4 | W.D. NY 16-cr-6071 | Lutchman, Emanuel | 1. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 1/30/2017: 240 months' incarceration; 50 years supervised release. |
| 5 | C.D. NJ 15-cr-558 | Saadeh, Alaa | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. Aiding and Abetting Attempt to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B); 3. Witness Tampering (18 U.S.C. 1512(b)(3)). | Pled guilty to Count 1. | 5/10/2015: 15 years' incarceration; lifetime supervised release. |
| 6 | E.D. VA 15-cr-164 | Amin, Ali Shukri | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 8/28/2015: 136 months' incarceration; lifetime supervised release. |
| 7 | E.D. VA 16-cr-20 | Farrokh, Joseph Hassan | 1. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 7/15/2016: 102 months' incarceration; 10 years supervised release. |
| 8 | E.D. VA 16-cr-64 | Elhassan, Mahmoud Amin Mohamed | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B); 3. False Statements (18 U.S.C. § 1001). | Pled guilty to Counts 2 & 3. | 2/24/2017: 132 months' incarceration, 10 years supervised release. |
| 9 | E.D. VA 16-cr-42 | Ferizi, Ardit | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. Providing Material Support to a FTO (18 U.S.C. § 2339B); 3. Unauthorized Computer Access and Obtaining Information (18 U.S.C. 1030(a)(2)(c)); 4. Aggravated Identity Theft (18 U.S.C. 1028A(a)(2)). | Pled guilty to Counts 2 & 3. | 9/23/2016: 240 months' incarceration; 10 years supervised release |
| 10 | E.D. VA 16-cr-163 | Jalloh, Mohamed Bailor | 1. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Plead guilty to a 1-count information charging 18 U.S.C. § 2339. | 2/7/2017: 132 months' incarceration. |
| 11 | E.D. VA 16-cr-227 | Qamar, Haris | 1. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to a 1-count information charging 18 U.S.C. § 2339B. | 2/17/2017: 102 months' incarceration; 20 years supervised release. |
| 12 | E.D. NC 14-cr-58 | Brown, Avin Marsalis | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339A); 2. Conspiracy to Kill or Maim Persons Outside the United States (18 U.S.C. § 956). | Pled guilty to Count 1. | 7/5/2016: 92 months' incarceration; 5 years supervised release. |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **District & Docket No.** | **Name** | **Charges** | **Convictions** | **Sentence** |
| 13 | E.D. NC 14-cr-58 | Jordan, Akba Jihad | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339A); 2. Conspiracy to Kill or Maim Persons Outside the United States (18 U.S.C. § 956). | Pled guilty to Count 1. | 7/5/2016: 108 months' incarceration; 5 years supervised release. |
| 14 | M.D. NC 14-cr-194 14-cr-414 | Morgan, Donald Ray | 1. Felon in Possession (18 U.S.C. 922 (g )(1) & 924 (a) (2)). 1. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to both counts. | 5/14/2015: 243 months' incarceration; 3 years supervised release. |
| 15 | W.D. NC 16-cr-5 | Sullivan, Justin Nojan | 1. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. Receipt of a Silencer in Interstate Commerce with Intent to Commit a Felony (18 U.S.C. § 924(b)); 3. Receipt and Possession of an Unregistered Firearm (26 U.S.C. § 5861(d)); 4. Possession of Stolen Firearm (18 U.S.C. § 933(j), 924(a)(2)); 5. 18 U.S.C. § 1958- Use of Interstate Facilities in the Attempted Commission of Murder for Hire; 6-7. False Statement to an Agency of the United States (18 U.S.C. § 1001(a)(2)); 8. Conspiracy and Attempt to Commit an Act of Terrorism Transcending National Boundaries (18 U.S.C. § 2332a(a)(1) and (2)). | Pled guilty to Count 8. | 6/27/2017: life imprisonment; lifetime supervised release. |
| 16 | S.D. GA 15-cr-17 15-cr-59 | Davis, Leon Nathan III | 1. Possession of a Firearms by a Convicted Felon ( 18 U.S.C. § 922 (g)); 1. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty in 15-cr-59 to a 1-count information charging 18 U.S.C. § 2339B. | 7/28/2015: 180 months' incarceration; lifetime supervised release. |
| 17 | S.D. FL 15-cr-20264 | Diaz, Miguel | 1. Felon in Possession of a Firearm and Ammunition in and Affecting Interstate and Foreign Commerce (18 U.S.C. § 922 (g)(1)). | Pled guilty to Count 1. | 7/28/2015: 120 months' incarceration; 3 years supervised release. |
| 18 | S.D. FL 15-cr-10009 | Suarez, Harlem | 1. Attempt to Use a Weapon of Mass Destruction (18 U.S.C. § 2322a (a)(2)); 2. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Convicted at trial of Counts 1 & 2. | 4/18/2017: life imprisonment; 15 years supervised release. |
| 19 | S.D. OH 16-cr-19 | Abdulkader, Munir | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. Conspiracy to Kill a Government Employee (18 U.S.C. § 1117 and 1114); 3. Possession of a Firearm in Furtherance of a Crime of Violence (18 U.S.C. 924(c)). | Pled guilty to a 3-count information charging: 18 U.S.C. § 2339B, 18 U.S.C. § 1114, and 18 U.S.C. 924(c). | 11/23/2016: 20 years' incarceration; lifetime supervised release. |
| 20 | S.D. OH 15-cr-12 | Cornell, Christopher | 1. Attempted Murder of Government Employees and Officials (18 U.S.C. § 1114); 2. Solicitation to Commit a Crime of Violence (18 U.S.C. § 373); 3. Possession of Firearm in Furtherance of Attempted Crime of Violence (18 U.S.C. § 924 (c)); 4. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to Counts 1, 3 & 4. | 12/5/2016: 360 months' incarceration; lifetime supervised release. |
| 21 | N.D. MS 15-cr-98 | Dakhlalla, Muhammad | 1. Conspiracy to Provide Material Support to a FTO ( 18 U.S.C. § 2339B); 3. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 8/24/2016: 96 months' incarceration; 15 years supervised release. |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | District & Docket No. | Name | Charges | Convictions | Sentence |
| 22 | N.D. MS 15-cr-98 | Young, Jaelyn | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 8/11/2016: 144 months' incarceration; 15 years supervised release. |
| 23 | N.D. IL 15-cr-149 | Edmonds, Hasan | 1. 18 U.S.C. § 2339B(a)(1)- Conspiracy to Provide Material Support to a FTO; 2. 18 U.S.C. § 2. 2339B - Attempt to Provide Material Support to a FTO. | Pled guilty to Counts 1 & 2. | 9/20/2016: 360 months' incarceration; 20 years supervised release. |
| 24 | N.D. IL 15-cr-149 | Edmonds, Jonas | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. False Statements Involving International Terrorism (18 U.S.C. § 1001(a)(2)). | Pled guilty to Counts 1 & 2. | 9/20/2016: 252 months' incarceration; 20 years supervised release. |
| 25 | N.D. IL 14-cr-564 | Khan, Mohammed Hamzah | 1. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 11/21/2016: 40 months' incarceration, 20 years supervised release. |
| 26 | W.D. WI 15-cr-37 | Van Haften, Joshua Ray | 1. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2. 2339B). | Pled guilt to Count 1. | 2/17/2017: 120 months' incarceration; lifetime supervised release. |
| 27 | E.D. MO 15-cr-49 | Ramic, Jasminka | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339A; 2. Providing Material Support to a FTO (18 U.S.C. § 2339A). | Pled guilty to the 1-count superseding information charging 18 U.S.C. § 371- Conspiracy to Defraud the United States. | 1/5/2016: 36 months' incarceration 3 years supervised release. |
| 28 | MN 15-cr-49 | Abdurahman, Zacharia Yusuf | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 11/14/2016: 120 months' incarceration; 20 years supervised release. |
| 29 | MN 15-cr-49 | Daud, Abdurahman Yasin | 1. Conspiracy to Murder Outside of the United States (18 U.S.C. § 956(a)); 2. Conspiracy to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B); 3. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B); 4. Perjury (18 U.S.C. § 1624). | Convicted at trial of Counts 1-3. | 11/16/2016: 360 months' incarceration; lifetime supervised release. |
| 30 | MN 15-cr-49 | Ahmed, Hamaz Naj | 1. Conspiracy to Murder Outside of the United States (18 U.S.C. § 956(a)); 2. Conspiracy to Provide Material Support and Resources to a Designated FTO (18 U.S.C. § 2339B); 3. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B); 4. False Statement (18 U.S.C. § 1001); 5. Financial Aid Fraud (20 U.S.C. § 1097(a)). | Pled guilty to one count of 18 U.S.C. §2339B and one count of 20 U.S.C. §1097(a). | 11/15/2016: 180 months' incarceration; 23 years supervised release. |
| 31 | MN 15-cr-49 | Farah, Adnan Abdihamid | 1. Conspiracy to Murder Outside of the United States (18 U.S.C. § 956(a)); 2. Conspiracy to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B); 3. Perjury (18 U.S.C. § 1624). | Pled guilty to Count 1. | 11/15/2016: 120 months' incarceration, 20 years supervised release. |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | District & Docket No. | Name | Charges | Convictions | Sentence |
| 32 | MN 15-cr-49 | Farah, Mohamed Abdihamid | 1. Conspiracy to Murder Abroad (18 U.S.C. §956(a)); 2. Conspiracy to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B); 5-6. Attempt to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B); 9. Perjury (18 U.S.C. § 1621); 12. False Statements (18 U.S.C. § 1001). | Convicted at trial on all counts. | 11/16/2016: 360 months' incarceration; lifetime supervised release. |
| 33 | MN 15-cr-49 | Musse, Hanad Mustofe | 1. Conspiracy to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B); 2. Attempt to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B); 3. Financial Aid Fraud (20 U.S.C. § 1097(a)). | Pled guilty to Count 1. | 11/15/2016: 120 months' incarceration; 20 years supervised release. |
| 34 | MN 15-cr-49 | Omar, Guled Ali | 1. Conspiracy to Murder Abroad (18 U.S.C. § 956(a)); 2. Conspiracy to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B); 3-4. Attempt to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B); 13. Attempted Financial Aid Fraud (18 U.S.C. § 1097(a)). | Convicted at trial on all counts. | 11/17/2016: 420 months' incarceration; lifetime supervised release |
| 35 | MN 15-cr-49 | Yusuf, Abdullahi | 1. Conspiracy to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 11/14/2016: time served; 20 years supervised release. |
| 36 | MN 16-cr-37 | Warsame, Abdirizak Mohamed | 1. Conspiracy to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 11/14/2016: 30 months' incarceration; 20 years supervised release. |
| 37 | KS 15-cr-40030 | Booker, John T. | 1. Use of Certain Weapons of Mass Destruction (18 U.S.C. § 2332 (a) (3)); 2. Attempted Destruction of Government Property by Fire or Explosion (18 U.S.C. § 844 (f)(1)); 3. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339A). | Pled guilty to Counts 1 & 2. | Agreed upon sentence of 360 months. |
| 38 | W.D. TX 14-cr-213 | Wolfe, Michael Todd | 1. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 6/5/2015: 82 months incarceration; |
| 39 | CO 14-cr-163 | Conley, Shannon Maureen | 1. Conspiracy to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 1/23/2015: 48 months' incarceration; 3 years supervised release. |
| 40 | AZ 15-cr-707 | Kareem, Abdul Malik Abdul | 1. Conspiracy to Transport Firearms and Ammunition (18 U.S.C. § 371); 2. Transportation of Firearms and Ammunition (18 U.S.C. && 924(b) and 2); 3. False Statements (18 U.S.C. § 1001(a)(2)); 4. Felon in Possession of Firearms (18 U.S.C. § 922(g)( l)); 5. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Convicted at trial on all counts. | 2/9/2017: 360 months' incarceration; lifetime supervised release. |
| 41 | E.D. CA 14-cr-87 | Teausant, Nicholas Michael | 1. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 6/7/2016: 144 months' incarceration; 25 years supervised release. |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **District & Docket No.** | **Name** | **Charges** | **Convictions** | **Sentence** |
| 42 | C.D. CA 14-cr-109 | Dandach, Adam | 1. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2-3. False Statement in Application and Use of Passport (18 U.S.C. § 1542); 4. Attempting to Destroy Records in an Official Proceeding (18 U.S.C. § 1512 (c)(1)). | Pled guilty to a 2-count information charging 18 U.S.C. § 2339B & 18 U.S.C. § 1542. | 7/25/2016: 180 months' incarceration; lifetime supervised release. |
| 43 | C.D. CA 15-cr-60 | Elhuzayel, Nader | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B); 3-29. Bank Fraud (18 U.S.C. § 1344) (26 counts). | Convicted at trial on all counts. | 9/30/2016: 360 months' incarceration; lifetime supervised release. |
| 44 | C.D. CA 15-cr-60 | Badawi, Muhanad | 1. Conspiracy to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B); 2. Aiding and Abetting an Attempt to Provide Material Support and Resources to a FTO (18 U.S.C. § 2339B); 3. Financial Aid Fraud (20 U.S.C. § 1097 f (a)). | Convicted at trial on all counts. | 10/19/2016: 360 months' incarceration; lifetime supervised release. |
| 45 | W.D. WA 16-cr-5073 | Franey, Daniel Seth | 1-2. Unlawful Possession of Firearms (18 U.S.C. § 922(g)); 3. Unlawful Possession of a Machinegun (18 U.S.C. § 922(o)); 4. Unlawful Possession of Firearms (18 U.S.C. § 922(g)); 5. Unlawful Possession of Machineguns (18 U.S.C. § 922(o)). | Pled guilty to Count 5. | 1/23/2017: 72 months' incarceration; 3 years supervised release. |
| 46 | E.D. NY 15-cr-95 | Saidakhmetov, Akhror | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B); 3. Conspiracy to Use a Firearm (18 U.S.C. § 924 (o)); 4. Travel Document Fraud (18 U.S.C. § 1546 (a)). | Pled guilty to Count 1. | 12/20/2017: 15 years' incarceration; deportation. |
| 47 | E.D. PA 15-cr-171 | Thomas, Keonna | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 9/8/2017: 8 years' incarceration; 10 years supervised release. |
| 48 | C.D. PA 15-cr-309 | Aziz, Jalil Ibn Ameer | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B); 3. Solicitation to Commit a Crime of Violence (18 U.S.C. §373 and 2); 4. Transmitting a Communication Containing a Threat to Injure (18 U.S.C. §875(c) and 2). | Pled guilty to Counts 1 & 4. | 12/28/2017: 160 months' incarceration; 12 years supervised release. |
| 49 | E.D. NY 15-cr-95 | Juraboev, Abdurasul Hasanovich | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. Attempt to Provide Material Support to a FTO (18 U.S.C. § 2339B). | Pled guilty to Count 1. | 10/27/2017: 180 months' incarceration; deportation. |
| 50 | MA 15-cr-10153 | Rovinski, Nicholas | 1. Conspiracy  to Provide Material Support to a FTO (18 U.S.C. § 2339B); 4. Conspiracy to Commit Acts of Terrorism Transcending National Boundaries (18 U.S.C. § 2332b(a)(2) & (c)). | Pled guilty to Counts 1 & 4. | 12/20/2017: 15 years' incarceration lifetime supervised release. |
| 51 | E.D. VA 16-cr-143 | Khweis, Mohamed Jamal | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. Providing and Attempting to Provide Material Support to a FTO (18 U.S.C. § 2339B); 3. Firearms Offense (18 U.S.C. § 924(c)). | Convicted at trial on all counts. | 10/27/2017: 20 years' incarceration; 10 years supervised release. |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **District & Docket No.** | **Name** | **Charges** | **Convictions** | **Sentence** |
| 52 | MA 15-cr-10153 | Wright, David Daod | 1. Conspiracy to Provide Material Support to a FTO (18 U.S.C. § 2339B); 2. Conspiracy to Obstruct Justice (18 U.S.C. § 371); 3. Obstruction of Justice (18 U.S.C. § 1519); 4. Conspiracy to Commit Acts of Terrorism Transcending National Boundaries (18 U.S.C. § 2332b(a)(2) & (c)); 5. Obstruction of Justice (18 U.S.C. § 1519). | Convicted at trial on all counts. | 12/19/2017: 28 years' incarceration; lifetime supervised release. |
| 53 | N.D. OH 15-cr-446 | Mcneil, Terrence | 1, 4, 7, 10, & 13. Transmission of a Communication Containing a Threat (18 U.S.C. § 875 (c)); 2, 5, 8, 11, & 14. Solicitation to Commit a Crime of Violence (18 U.S.C. § 373 (a)); 3, 6, 9, 12, & 15. Protection of Individuals Performing Certain Official Duties (18 U.S.C. § 119). | Pled guilty to: 18 U.S.C. § 875 (c)(4 counts), 18 U.S.C. § 373 (a) (5 counts); 18 U.S.C. § 119 (1 count). | 10/20/2017: 20 years' incarceration; 6 months supervised release. |
| 54 | MN 15-cr-145 | Said, Mahamed Abukar | 1. Impeding and Retaliating Against a Federal Law Enforcement Officer (18 U.S.C. § 115(a)(1)(B) and (b)(4)); 2. Using Interstate Communications to Make Threats to Injure (18 U.S.C. § 875(c)). | Pled guilty to a 1-count information charging 18 U.S.C. § 111(a)(1) (Assaulting, Impeding, Intimidating, and Interfering with Certain Officers or Employees). | 11/23/2015: 4 years' probation. |
| 55 | MN 16-cr-02 | Abdulkadir, Khaalid Adam | 1. Threatening to Murder a Federal Judge (18 U.S.C. § 115(a)(1)(B)); 2. Threatening to Murder Federal Law Enforcement Officers (18 U.S.C. § 115(a)(1)(B)); 3. Using Interstate Communications to Make Threats to Injure (18 U.S.C. § 875(c)). | Pled guilty to a 1-count information charging 18 U.S.C. § 111(a)(1) (Assaulting, Impeding, Intimidating, and Interfering with Certain Officers or Employees). | 3/8/2016: 3 years' probation. |