# EXHIBIT A



U.S. Department of Justice

Federal Bureau of Prisons

MDC Brooklyn Education Department

Presents this Certificate to

**Munther Saleh**

In recognition of your completion of *Instruction course*

**Entrepreneurship**

MDC Brooklyn

**December 30th, 2017**

C. Bramble- Education Technician

# EXHIBIT B

# Barry Rosenfeld, Ph.D., A.B.P.P.
## Licensed Clinical Psychologist

Dept. of Psychology
Fordham University
Bronx, NY 10458
Tel:  718-817-3794
Fax: 718-817-3699

875 West End Ave., 1-B
New York, NY 10025
Tel:  212-721-2745
Cell: 917-699-7635
rosenfeld@fordham.edu

February 2, 2018

Deborah Colson, Esq.
Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004

Re:     Munther Omar Saleh
        U.S. v. Munther Omar Saleh
        15 Cr. 393 (MKB)

Dear Ms. Colson:

At your request, I have reviewed the document prepared by Assistant U.S. Attorney Alexander Solomon, along with an underlying affidavit prepared by Kostas A. Katsavdakis, Ph.D., both dated January 31, 2018. In response to these documents, I would offer the following observations. The U.S. Attorney's letter asserts that Dr. Xenakis's report and conclusions are flawed because of a reliance on "psychological testing that is not specific to the threat assessment context." This claim is based on a flawed understanding of the nature and purpose of the psychological testing that was conducted, along with a misrepresentation of the validity of existing risk assessment tools. The basis for these observations are as follows.

First, Dr. Katsavdakis writes, in his report, that "the psychological testing instruments utilized in preparation for the Summary Letter are not adequate to address the assessment of risk, threat or recidivism." This conclusion implies, incorrectly, that Dr. Xenakis's conclusions were based solely on these psychological tests, rather than on extensive clinical interviews, a review of available records, and collateral information. The psychological testing administered was intended to aid in Dr. Xenakis's assessment, including addressing questions about possible psychiatric diagnoses, cognitive functioning, and response style. These tests are widely used and well accepted for these purposes, all of which are potentially relevant to the assessment of an individual's risk of violence and recidivism.

Dr. Katsavdakis does correctly note that "Psychological testing instruments *have been developed* to assess risk, threat and recidivism in the violence, criminality and terrorism contexts. These include the third edition of the Historical-Clinical-Risk Management-20 (HCR-20 V3), the Violent Extremism Risk Assessment Protocol (VERA and VERA 2), the Multi-Level Guidelines, and the Extremism Risk Guidelines (ERG 22+), among others" (emphasis added). This statement is, of course, accurate. What is not stated in Dr. Katsavdakas's affidavit (or the U.S. Attorney's letter), but is critical to understanding why or if these "instruments" *should have* been used in this evaluation, is the question of whether any of these "instruments" have any demonstrated validity. Quite simply, they do not.

Munther Omar Saleh cont.
U.S. v. Munther Omar Saleh
15 Cr. 393 (MKB)
p. 2

The assertion conflates a well-established instrument designed to assess risk of interpersonal violence in psychiatric patients and general criminal offenders (the HCR-20 V3) with a series of recently developed instruments designed specifically for the assessment of risk in individuals accused or suspected of terroristic activities (the VERA, MLG and ERG 22+). The use of the HCR-20 in this context is clearly inappropriate, given the targeted focus of Mr. Saleh's violence risk (i.e., terroristic or extremist violence). Although there is an extensive research literature supporting the utility of the HCR-20, none of that research has examined whether the HCR-20 accurately gauges risk in individuals charged with terrorism. Indeed, an unpublished document authored by Dr. Stephen Hart (author of the Multi-Level Guidelines and co-author of the HCR-20) recommends use of the HCR-20, despite acknowledging that the utility of this instrument is limited to the general assessment of interpersonal violence, and has no content that is specific to risk or terrorism.

The documents submitted by the U.S. Attorney's Office does reference several instruments that have been specifically developed to aid in the assessment of risk for terroristic violence. These are, of course, theoretically relevant to the issues raised by Mr. Saleh's case. However, while the intent behind these instruments is an important one, and a handful of published papers have described the development of these tools, there is no published research that demonstrates their accuracy or utility in predicting violence or recidivism in convicted terrorists. Specifically, there is no research demonstrating that the items that comprise these tools are associated with terroristic violence, or that scores or decisions based on these instruments correspond to an elevated risk of terroristic violence (i.e., discriminating between individuals who do and do not engage in terroristic violence). Rather, the very limited body of published research (all of which has been conducted by the developers of the tools) demonstrates only that practitioners perceive the scale items as useful and that they can be reliably rated (i.e., evaluators tend to agree on the presence or absence of the risk factors). Importantly, there is absolutely no evidence that the addition of any (or all) of these instruments improves the accuracy of clinical judgments.

Given the absence of any demonstrated validity for any of the instruments that have been developed for evaluating risk of terroristic violence, the assertion that the failure to use these instruments represents a shortcoming in the methodology is simply unfounded. Although the unpublished document authored by Dr. Hart and his colleagues recommends the use of these instruments (despite acknowledging the lack of research support), even the authors of these instruments do not assert that the failure to utilize untested instruments decreases the accuracy of the risk assessment process.

Please don't hesitate to contact me with any questions, or for further clarification.

Barry Rosenfeld, Ph.D., A.B.P.P
Licensed Clinical Psychologist
Diplomate (Forensic), American Board of Professional Psychology

# EXHIBIT C

# CURRICULUM VITAE
# BARRY ROSENFELD, PH.D., A.B.P.P.

DEPT OF PSYCHOLOGY
FORDHAM UNIVERSITY
BRONX, NY 10458
TEL: 718-817-3794
FAX: 718-817-3699

875 WEST END AVENUE
SUITE # 1-B
NEW YORK, NY 10025
TEL: 212-721-2745
ROSENFELD@FORDHAM.EDU

## EDUCATION

| | |
|---|---|
| 1992 | Ph.D., Clinical Psychology<br>University of Virginia, Charlottesville, VA |
| 1991 | M.A., Clinical Psychology<br>University of Virginia, Charlottesville, VA |
| 1983 | B.A., Psychology, Minor in Philosophy<br>Boston University, Boston, MA |

## LICENSURE/CERTIFICATION

| | |
|---|---|
| 1994 | Psychologist, License # 012049<br>Department of Education, State of New York |
| 2000 | Diplomate, Forensic Psychology<br>American Board of Forensic Psychology (ABPP) |
| 2012 | Security Clearance TS/SCI<br>United States Department of Defense |

## PROFESSIONAL EXPERIENCE

*Academic Positions:*

| | |
|---|---|
| 2006-present | Professor<br>Chair, 2014-present<br>Director of Clinical Training, 2006-2012<br>Associate Professor, 2000-2006<br>Department of Psychology<br>Fordham University<br>Bronx, NY |
| 1997-2000 | Assistant Professor<br>Department of Psychology<br>Long Island University<br>Brooklyn, NY |

Rosenfeld, Barry
p. 2

| | |
|---|---|
| 1996-1997 | Assistant Professor<br>Department of Psychology<br>John Jay College of Criminal Justice/CUNY<br>New York, NY |

*Clinical Positions:*

| | |
|---|---|
| 1994-present | Independent Practice<br>Forensic and Clinical Psychology<br>New York, NY |
| 2002-2014 | Executive Director<br>Project SHARP Offender Treatment Program<br>New York, NY |
| 1994-2000 | Senior Psychologist<br>Bellevue Hospital/Forensic Psychiatry Clinic<br>New York City Criminal and Supreme Courts<br>New York, NY |
| 1992-1994 | Clinical/Bio-Ethics Post-Doctoral Fellow<br>Psychiatry Service, Department of Neurology<br>Memorial Sloan-Kettering Cancer Center<br>New York, NY |
| 1991-1992 | Pre-Doctoral Intern<br>Bellevue Hospital/Kirby Forensic Psychiatric Center<br>New York University<br>New York, NY |

*Research Consultation:*

| | |
|---|---|
| 1994- | Psychiatry Department<br>Memorial Sloan-Kettering Cancer Center<br>New York, NY |
| 2001- | Bellevue Hospital Center/New York University Medical School<br>Survivors of Torture Program<br>New York, NY |
| 2003-2005 | United States Commission on International Religious Freedom<br>Expedited Removal Study Team<br>Washington, DC |
| 2001-2003 | AstraZeneca Pharmaceuticals<br>Division of Health Economics and Outcomes Research<br>Wilmington, DE |

Rosenfeld, Barry
p. 3

1997-1998        Metropolitan Correctional Center
                 U.S. Department of Justice
                 New York, NY

1996-1998        Oncology Symptom Control and Research
                 Indiana Cancer Care, Inc.
                 Indianapolis, IN

1996-1997        School of Law
                 New York University
                 New York, NY


PROFESSIONAL AFFILIATIONS
        American Academy of Forensic Psychology (Fellow, 2000-present)
        American Academy of Forensic Sciences (Member, 1995-1998; Fellow, 1999-2009)
        American Psychological Association (Member, 1993-2011; Fellow, 2011-present)
        American Psychology-Law Society (Member, 1991-2011; Fellow, 2011-present)
        Association for Psychological Science (Member, 1998-present)
        European Association of Psychology and Law (Member, 2004-present)
        International Association of Forensic Mental Health Services (Member, 2001-present)
        International Society of Traumatic Stress Studies (Member, 2005-present)
        Psychologists for Social Responsibility (Member, 2015-present)
        Society for Behavioral Medicine (Member, 2010-present)
        Society for Judgment and Decision Making (Member, 1995-2002)
        Society for the Psychological Study of Social Issues (Member, 2002-2014; Fellow,
        2014-present)


HONORS AND AWARDS
        2010        Dorfman Best Original Research Paper (co-recipient; W. Breitbart, first author)
                    Academy of Psychosomatic Medicine
                    Impact of treatment for depression on desire for hastened death in patients
                    with advanced AIDS, published in Psychosomatics

        2005        Book Award, American Psychology-Law Society/Division 41 of the American
                    Psychological Association
                    Physician-assisted suicide and the right to die: The interface of law, social
                    science, and medical ethics

        2005        Arthur C. Helton Human Rights Award (co-recipient, with Expedited Removal
                    Study team, U.S. Commission on International Religious Freedom)
                    American Immigration Lawyers Association
                    Report on asylum seekers in Expedited Removal

Rosenfeld, Barry
p. 4

| 2000 | Dorfman Journal Paper Award (co-recipient, S. Passik, first author) |
|------|---------|
|      | Academy of Psychosomatic Medicine |
|      | Factor Analysis of the Zung Self-Rating Depression Scale in a large ambulatory oncology sample, published in Psychosomatics |

| 1999 | Best Feature Article Award (co-recipient, W. Breitbart, first author) |
|------|---------|
|      | Florida Magazine Association |
|      | Physician assisted suicide: the influence of psychosocial issues, published in Cancer Control |

| 1994 | Cornelia Perry Award for Outstanding Public Speaking and Presentation |
|------|---------|
|      | Memorial Sloan-Kettering Cancer Center |

| 1994 | Outstanding Paper Award |
|------|---------|
|      | Society for Liaison Psychiatry, American Psychiatric Association |
|      | Ambulatory HIV infected patients' attitudes towards physician-assisted suicide |

| 1993 | Dissertation Award |
|------|---------|
|      | American Psychology-Law Society/Division 41 of the American Psychological Association |

RESEARCH AWARDS

| 2016-2017 | Principal Investigator (10% effort) |
|-----------|---------|
|           | Health Disparities in Prognostic Understanding |
|           | National Cancer Institute, Administrative Supplement |
|           | Total award: $134,895 |

| 2015-2017 | Principal Investigator (25% effort) |
|-----------|---------|
|           | Measurement of Prognostic Understanding in Patients with Advanced Cancer |
|           | National Cancer Institute, Grant number R21 CA186932 |
|           | Total award: $460,410 |

| 2014-2016 | Principal Investigator (10% effort) |
|-----------|---------|
|           | Factors that Influence the Interpretation of Urine Drug Test Results |
|           | Millennium Laboratories |
|           | Total award: $ 54,523 |

| 2014-2016 | Principal Investigator (10% effort) |
|-----------|---------|
|           | Enhancing Performance on Tests of Non-Cognitive Abilities |
|           | Law School Admission Council |
|           | Total award: $ 54,400 |

2012-2014          Co-Investigator (10% effort)
                   Identifying and measuring depression in older cancer patients
                   National Cancer Institute, Grant number R21 CA164350
                   Total award: $415,398

2010-2015          Co-Principal Investigator (20% effort)
                   Individual meaning-centered psychotherapy in advanced cancer
                   patients
                   National Cancer Institute, Grant number R01 CA128134
                   Total award: $4,602,477

2007-2011          Co-Principal Investigator (10% effort)
                   Meaning-centered group psychotherapy in advanced cancer
                   National Center for Complementary and Alternative Medicines, Grant
                   number R01 AT001842
                   Total award: $2,010,359

2006-2010          Principal Investigator (25% effort)
                   Dialectical Behavior Therapy for Stalking Offenders
                   National Institute of Mental Health, Grant number R34 MH71841
                   Total award: $675,539

2005-2007          Consultant
                   The impact of androgen ablation therapy on cognitive functioning in
                   men with prostate cancer
                   National Institute of Cancer, Grant number R03 CA119756
                   Total award:  $169,000

2004-2009          Principal Investigator (33% effort)
                   Measuring hopelessness at the end of life
                   National Cancer Institute, Grant number R01 CA101940
                   Total award: $1,383,227

2004-2007          Co-Investigator (10% effort)
                   Depression, cytokines, and pancreatic cancer
                   National Cancer Institute, Grant number R21 CA101767
                   Total award: $422,500

2004-2006          Co-Investigator (5% effort)
                   Coping Strategies among Survivors of Torture and War-related Trauma
                   National Institute of Mental Health, Grant number U54 NS048594
                   Total award: $120,000

Rosenfeld, Barry
p. 6

| | |
|---|---|
| 2003-2006 | Consultant<br>Integrating Fatherhood into Batterers' Programs: A Field Test<br>National Institute of Justice<br>Total award: $200,000 |
| 2003-2004 | Co-Principal Investigator (10% effort)<br>Assessing the Expedited Removal Process for Illegal Aliens<br>United States Commission on International Religious Freedom<br>Total award: $350,000 |
| 2001-2004 | Co-Investigator (20% effort)<br>Psychostimulants for fatigue in men with prostate cancer<br>National Cancer Institute, Grant number R01 CA85229<br>Total award: $1,331,241 |
| 2001-2003 | Co-Principal Investigator (10% effort)<br>Meaning-centered psychotherapy in advanced cancer patients: A pilot intervention to enhance spiritual well-being at the end of life<br>National Center for Complementary and Alternative Medicine, Grant number R21 AT/CA01031<br>Total award: $338,000 |
| 2000-2005 | Co-Principal Investigator (25% effort)<br>Desire for death in terminally ill patients with cancer:  Impact of treatment for depression<br>National Institute for Nursing Research, Grant number R01 NR05183<br>Total award: $1,676,018 |
| 2000-2002 | Principal Investigator (10% effort)<br>The Impact of Depression on End-of-Life Decision Making: A Longitudinal Analysis<br>American Foundation for Suicide Prevention<br>Total award: $98,750 |
| 1998-2003 | Co-Principal Investigator (25% effort)<br>Desire for death in terminally ill patients with AIDS:  Impact of treatment for depression<br>National Institute of Mental Health, Grant number R01 MH57629<br>Total award: $1,400,000 |
| 1998-2001 | Co-Investigator (10% effort)<br>The Network Project: A Cancer Education and Training Program in pain management, psychosocial issues and rehabilitation<br>National Cancer Institute, Grant number T32 CA57790<br>Total award: $588,857 |

| 1995-1998 | Co-Investigator (10% effort)<br>Psychostimulants for fatigue in the HIV-infected patient<br>National Institute of Mental Health, Grant number R01 MH54970<br>Total award: $721,679 |
| --- | --- |
| 1992-1994 | Co-Principal Investigator<br>Decision-making about Medical Treatments<br>American Cancer Society<br>Total award: $4,000 |
| 1990-1992 | Principal Investigator<br>Decision-making Processes of the Mentally Ill<br>Program on Mental Health and the Law<br>John D. and Catherine T. MacArthur Foundation<br>Total award: $6,500 |
| 1989-1991 | Principal Investigator<br>Decision-making in Schizophrenia<br>Program on Mental Health and the Law<br>John D. and Catherine T. MacArthur Foundation<br>Total award: $11,500 |

EDITORIAL APPOINTMENTS

| 2014-2017 | Consulting Editor, *Psychological Assessment* |
| --- | --- |
| 2011-2016 | Editor-in-Chief, *International Journal of Forensic Mental Health* |
| 2009- | Consulting Editor, *Law and Human Behavior* |
| 2008-2011 | Associate Editor, *International Journal of Forensic Mental Health* |
| 2006-2012 | Consulting Editor, *Psychology, Public Policy, and Law* |
| 2003- | Consulting Editor, *Assessment* |
| 2002- | Consulting Editor, *Palliative and Supportive Care* |
| 2002-2003 | Guest Editor, *Criminal Justice and Behavior*, Special issue on stalking |
| 2001-2002 | Guest Editor, *Behavioral Sciences and the Law*, Special issue on mental health at the end-of-life |
| 1999-2014 | Consulting Editor, *Ethics and Behavior* |
| 1999-2005 | Editor-in-Chief, American Psychology-Law Society Newsletter, Division 41/American Psychological Association |

*Ad Hoc Journal Reviews*

American Journal of Psychiatry; American Journal of Public Health; Behavioral Sciences and the Law; BMC Psychology; Canadian Journal of Psychology; Cancer; Clinical Psychology: Science and Practice; Criminal Justice and Behavior; Death Studies; General Hospital Psychiatry; Health Psychology; Journal of Abnormal Psychology; Journal of Behavioral Medicine; Journal of Clinical and Experimental Neuropsychology; Journal of Clinical Oncology; Journal of Conflict and Health; Journal of Consulting and Clinical Psychology; Journal of Nervous and Mental

Rosenfeld, Barry
p. 8

>Disease; Journal of Pain and Symptom Management; Journal of Personality Assessment; Journal of Traumatic Stress; Journal of Threat Assessment and Management; Justice Quarterly; Kennedy Institute of Ethics Journal; Lancet; Legal and Criminological Psychology; Pain; Psychological Injury and the Law; Professional Psychology: Research and Practice; Psychiatric Services; Psychological Assessment; Psychological Science; Psychology, Crime and Law; Psycho-Oncology; Psychosomatics; Sex Abuse: A Journal of Research and Treatment; Sex Roles; Social Science and Medicine; Violence and Victims

*Book and Product Reviews*

>American Psychiatric Association Press; American Psychological Association Press; Oxford University Press; Psychological Assessment Resources; Routledge/Taylor and Francis Press; Wiley Press; Worth Publishers

OTHER POSITIONS & APPOINTMENTS

| | |
|---|---|
| 2017-2019 | President, International Association of Forensic Mental Health Services |
| 2016 | Visiting Scholar, Swinburne University of Technology/Center for Forensic Behavioral Science |
| 2016 | Ad Hoc Reviewer, Israeli Science Foundation |
| 2014-present | Faculty, Center for Neuroscience and Law, Fordham University School of Law |
| 2014-2016 | Lecturer, Department of Psychiatry, Columbia University College of Physicians and Surgeons |
| 2012 | Chair, Scientific Review Committee, U.S. Department of Defense, Military Workplace Violence Program |
| 2011-2013 | Ad Hoc Reviewer, Austrian Science Fund |
| 2011-2016 | Ex-Officio Member, Executive Committee, International Association of Forensic Mental Health Services |
| 2011- | Consultant, MTV/Viacom |
| 2010- | Consultant, NBC/Universal Television Group |
| 2010 | Ad Hoc Reviewer, National Science Foundation, Law and Social Science Program |
| 2009 | Ad Hoc Reviewer, National Institute of Justice, Center for Justice Research, Institutional Corrections Section |
| 2009 | Ad Hoc Reviewer, National Institutes of Health Center for Scientific Review, Behavioral Medicine Interventions and Outcomes Section |
| 2008-2009 | Adjunct Professor of Law, New York Law School |
| 2008-2011 | Member, Forensic Specialty Counsel, American Psychological Association |
| 2007 | Ad Hoc Reviewer, Ontario (Canada) Mental Health Foundation |
| 2006-2012 | Director of Clinical Training, Fordham University |

Rosenfeld, Barry
p. 9

| | |
|---|---|
| 2006 | Ad Hoc Reviewer, Columbia University U-54 Grants Program |
| 2005-2008 | Steering Committee, Interdisciplinary Center for Family and Child Advocacy, Fordham University |
| 2004-2008 | Permanent Member, National Institutes of Health Center for Scientific Review, Behavioral Medicine Interventions and Outcomes Section |
| 2004-2006 | Ad Hoc Reviewer, National Science Foundation, Law and Social Science Program |
| 2004 | Ad Hoc Reviewer, Columbia University U-54 Grants Program |
| 2003-2004 | Consulting Reviewer, National Institute of Health Center for Scientific Review, Behavioral Medicine Interventions and Outcomes Section |
| 2003-2010 | Advisory Board, Center for Ethics Education, Fordham University |
| 2003- | Adjunct Professor, School of Law, Fordham University |
| 2002-2005 | Ad Hoc Reviewer, City University of New York Research Foundation |
| 2002 | Ad Hoc Reviewer, Columbia University U-54 Grants Program |
| 2001- | Consultant, Psychiatry and Behavior Sciences Department, Memorial Sloan-Kettering Cancer Center |
| 2001-2004 | Advisory Panel, Ad Hoc Committee on End of Life Issues, American Psychological Association |
| 2000-2011 | Clinical Associate Professor, Department of Psychiatry, New York University School of Medicine |
| 2000-2003 | Secretary, American Academy of Forensic Sciences, Psychiatry and Behavioral Sciences Section |
| 1999-2005 | Ex-Officio Member, Executive Committee, American Psychological-Law Society/American Psychological Association Division 41 |
| 1999 | Program Chair, Annual Meeting, American Academy of Forensic Sciences, Psychiatry and Behavioral Sciences Section |
| 1998 | Assistant Program Chair, Annual Meeting, American Academy of Forensic Sciences, Psychiatry and Behavioral Sciences Section |
| 1998-2002 | Member, Continuing Education Committee, American Academy of Forensic Sciences |
| 1997-2000 | Clinical Supervisor, Bellevue Hospital Internship Program |
| 1996-1999 | Chair, Committee on Relations with Other Organizations, American Psychology-Law Association |
| 1996-2010 | Teaching Faculty, Forensic Training Program, American Academy of Psychiatry and Law, Tri-State Chapter |
| 1996-2000 | Chair, Research Review Committee, NYC Forensic Psychiatry Clinic |
| 1995-1997 | Consultant, Forensic Committee, Friends and Advocates for the Mentally Ill/Alliance for the Mentally Ill, NY, NY |
| 1993-1996 | Adjunct Assistant Professor, Department of Psychology, John Jay College of Criminal Justice/CUNY, New York, NY |
| 1992-1994 | Adjunct Assistant Professor, Department of Psychology, Lehman College/CUNY, Bronx, NY |
| 1992-1994 | Member, Ethics Committee, Memorial Sloan-Kettering Cancer Center, |

Rosenfeld, Barry
p. 10

New York, NY

SELECTED FORENSIC CONSULTATION

| | |
|---|---|
| 1998-1999 | State v. Trantino; New Jersey Parole Board (retained by appellant in parole application) |
| 2000 | U.S. v. Osama Bin Laden et al.; U. S. District Court, New York, NY (retained by court for competency to stand trial evaluation of defendant in Embassy bombing case) |
| 2001-2003 | U.S. v. Commey; U.S. District Court, New York, NY (retained by U.S. Attorney's Office in insanity defense and competency to stand trial evaluation) |
| 2003-2004 | Bowen et al. v. Jacob Rubin et al.; U.S. District Court, New York, NY (retained by plaintiff in class action lawsuit representing mentally ill individuals reportedly subjected to unnecessary medical treatments) |
| 2004-2006 | CIIP v. State of Punjab; Delhi, India (retained by plaintiff in class action lawsuit representing family members claiming illegal cremation of "disappeared" relatives) |
| 2005 | U.S. v. Uzair Paracha; U.S. District Court, New York, NY (retained by defense in competency to stand trial evaluation of terror suspect) |
| 2005-2009 | State v. Hernandez; Dade County Criminal Court, Miami, FL (retained by defense in insanity defense for 14-year old charged with murder) |
| 2006-2009 | Saleh et al. v. Titan Corp et al.; U.S. District Court, Washington, DC (retained by plaintiff in class action lawsuit representing Abu Ghraib detainees alleging abusive treatment) |
| 2007-2008 | Celikgogus et al. v. Rumsfeld et al., U.S. District Court, Washington, DC (retained by plaintiff in lawsuit alleging abusive treatment towards Guantanamo Bay detainees) |
| 2009 | United Nations v. Milan Lukic; International Criminal Tribunal for the former Yugoslavia, The Hague, Netherlands (retained by UN Office of the Prosecutor as rebuttal expert) |
| 2010 | State v. Erin Atac; Broward County Criminal Court, Fort Lauderdale, FL (retained by defense to evaluate insanity/mental state at the time of the offense) |
| 2010-2011 | State v. James Ryan; Nassau County Supreme Court, Mineola, NY (retained by prosecution in competency to stand trial evaluation) |
| 2010-2014 | State v. David Tarloff; New York County Supreme Court, New York, NY (retained by defense in insanity defense evaluation) |
| 2011-2016 | U.S. v. Mohamedou Ould Slahi; U.S. Military Commission, Guantanamo Bay, Cuba (retained by ACLU to evaluate and testify in habeas proceedings) |
| 2012-2013 | In re Dennis Sweeney; New York County Supreme Court, New York, NY (retained by respondent in evaluating violence risk in insanity acquittee) |
| 2012-2015 | Leviston v. Curtis Jackson III (AKA 50 Cent); New York County Supreme Court, New York, NY (retained by defendant in civil lawsuit) |

Rosenfeld, Barry
p. 11


COURSES TAUGHT

*Undergraduate:*    Abnormal Psychology
Forensic Psychology
Introduction to Psychology
Law and Psychology
Statistics

*Graduate:*    Forensic Assessment
Personality Assessment
Psychology and Criminal Law
Psychology and Civil Law
Psychopathology
Statistics
Violence and Mental Health

*Law:*    Psychology and Criminal Law
Psychology and Civil Law
Mental Illness, Risk Assessment and Dangerousness

*Doctoral Dissertations mentored:*

2000  Yosef Brody, *Object relations among criminal psychopaths*, Long Island University

2001  Michele Galietta, *Personality disorder and the desire for hastened death*, Fordham University (Co-Mentor)

2005  Colleen McClain Jacobson, *Spirituality, religiosity, and immune functioning in patients with terminal cancer*, Fordham University

2005  Brooke Myers Sorger, *Cognitive impairment among terminally ill cancer patients,* Fordham University

2007  Joshua Hooberman, *Resilience in torture survivors: the moderating effect of coping style on social support, cognitive appraisals and social comparison*, Fordham University

2007  William Amory Carr, *Prediction of working alliance in post-release mentally ill offenders,* Fordham University

2008  Melanie Farkas, *Ability of malingering measures to differentiate simulated versus genuine mental retardation,* Fordham University

2008  Jennifer Green Abbey, *Communication about end-of-life topics between terminally ill cancer patients and their family members,* Fordham University

2009  Vivian Pan, *Psychosocial maturity and psychopathy in male juvenile offenders: An examination of Kegan's theory of developmental delay and the role of temperament and age as moderators,* Fordham University

2009  Megan Olden, *Posttraumatic growth in cancer patients at the end of life: An exploration of predictors and outcomes,* Fordham University

2010  Alexandra Garcia-Mansilla, *Can we assess risk for violence in women?  Predictive accuracy of the HCR-20*, Fordham University

Rosenfeld, Barry
p. 12

2010   Debbie Green, *Utility of cognitive malingering measures in a forensic psychiatric sample*, Fordham University

2011   Ricardo Martinez, *Validity of the Juvenile Sex Offender Assessment Protocol, Revised (J-SOAP-II) with a multiethnic sample of juvenile sex offenders released from juvenile justice commission placements,* Fordham University

2011   Tia Dole, *Intergenerational transmission of trauma in African immigrants*, Fordham University

2011   Emily Sachs, *Assessing the impact of psychological distress on the daily functioning of refugees: Creating a high-risk symptom profile for disability among non-Western trauma survivors*, Fordham University

2012   Lia Amakawa, *Outpatient mental health treatment initiation and response in at-risk youth after suicide screenings,* Fordham University

2012   Ekatarina Pivovarova, *Development and validation of the Malingering Assessment of Psychopathology (MAP),* Fordham University

2012   Joanna Fava, *Maternal anger and harsh discipline in relation to child emotion regulation, externalizing, and internalizing problems*, Fordham University

2013   Sumithra Raghavan, *Factor structure and measurement invariance of the Brief Symptom Inventory in survivors of torture,* Fordham University

2013   Kelly Decker, *Childhood neglect and the development of self-injury in Axis II pathology,* Fordham University

2013   Rebecca Weiss, *Differentiating genuine versus feigned posttraumatic stress disorder in a sample of torture survivors,* Fordham University

2014   Elissa Kolva, *Medical treatment decision-making capacity and neuropsychological functioning in terminally ill cancer patients,* Fordham University

2014   Lia Rohlehr, *The moderating effects of resiliency in the relationship between childhood physical abuse, criminal behavior, and antisocial traits,* Fordham University

2016   Melodie Foellmi, *Factors affecting the validity of a violence risk screening tool with psychiatric inpatients,* Fordham University

2016   Rebecca Saracino, *Refining diagnostic approaches to depression in older patients with cancer: A latent profile analysis,* Fordham University

2017   Kristen Tobias, *An exploration of "sickness behavior" in older patients with cancer,* Fordham University

*Student Awards and Commendations:*

2003   Colleen Jacobson: NIH/NAACM F31 Training Grant, *Spirituality, religiosity, and immune functioning in patients with terminal cancer.*

2005   Tia Dole: Multicultural Research Award, *Coercion among foreigners entering the U.S. without authorization*, American Psychology-Law Society Annual Meeting

2008   Melanie Farkas: Dissertation Award, *Ability of malingering measures to differentiate simulated versus genuine mental retardation* American Psychology-Law Society (3rd place)

2009   Emily Sachs: Student Achievement Award, International Society for Traumatic Stress Studies

2011   Kristen Tobias: Best Poster Award, *Investigating the relationship between plasma*

Rosenfeld, Barry
p. 13

> *cytokine levels and psychiatric symptoms*, Academy of Psychosomatic Medicine
> Annual Meeting, Tucson, AZ

2012  Elissa Kolva: NIH/NCI F31 Training Grant, *Medical treatment decision-making
and neuropsychological functioning among terminally ill cancer patients.*

2013  Ekatarina Pivovarova: Dissertation Award, *Development and validation of the
Malingering Assessment of Psychopathology (MAP),* American Psychology-Law
Society (2nd place)

2014  Rebecca Weiss: Dissertation Award, *Differentiating genuine versus feigned
posttraumatic stress disorder in a sample of torture survivors),* American
Psychology-Law Society (2nd place)

2015  Melissa Masterson: Early Career Psycho-Oncology Professionals Poster Session
Award, World Congress of Psycho-Oncology (1st place)

2015  Melodie Foellmi: Research Fellowship, U.S. Department of Justice, *Factors
affecting the validity of a violence risk screening tool with psychiatric inpatients.*

2017  Rebecca Saracino:  Leadership Award, Yale University Department of Psychiatry


PUBLICATIONS
*Peer-Review Journal Articles (* denotes student/trainee first author):*

1.  Warren, J., Fitch, W., Deitz, P., & Rosenfeld, B. (1991). Criminal offense, psychiatric
diagnoses, and psycholegal opinion: An analysis of 894 pretrial referrals. *Bulletin of
the American Academy of Psychiatry and Law, 19*(1), 63-69.

2.  Rosenfeld, B. (1992). Court-ordered treatment of spouse abuse. *Clinical Psychology
Review, 12*(2), 205-226.

3.  Ratey, J. J., Sorgi, P., O'Driscoll, G. A., Sands, S., Daehler, M. L., Fletcher, J. R., Kadish,
W., Spruiell, G., Polakff, S., Lindem, K., Bemporad, J. R., Richardson, L., & Rosenfeld, B.
(1992). Nadolol to treat aggression and psychiatric symptomatology in chronic
psychiatric inpatients: A double-blind placebo-controlled study. *Journal of Clinical
Psychiatry, 53*(2), 41-46.

4.  Rosenfeld, B., Turkheimer, E., & Gardner, W.  (1992). Decision making in a
schizophrenic population. *Law and Human Behavior, 16*(6), 651-662.

5.  Hawk, G., Rosenfeld, B., & Warren, J. (1993). Comparative prevalence of sexual
offenses among mentally retarded criminal defendants. *Hospital and Community
Psychiatry, 44*(8), 784-786.

6.  Warren, J., Rosenfeld, B., & Fitch, W. L. (1994). Competence and sanity: The influence
of pretrial evaluations on case disposition. *Bulletin of the American Academy of
Psychiatry and the Law, 22*(4), 379-97.

Rosenfeld, Barry
p. 14

7.   Heilbrun, K., Rosenfeld, B., Warren, J., & Collins, S. (1994). The use of third party information in forensic assessments: A two-state comparison. *Bulletin of the American Academy of Psychiatry and the Law, 22*(4), 399-406.

8.   Rosenfeld, B., & Turkheimer, E. (1995). Modeling psychiatric patients' treatment decision-making. *Law and Human Behavior, 19*(4), 389-405.

9.   Rosenfeld, B., & Turkheimer, E. (1995). Multidimensional representation of decision-making in chronic schizophrenics. *Multivariate Behavioral Research, 30*(3), 199-211.

10.  Breitbart, W., Rosenfeld, B. & Passik, S. (1996). Ambulatory HIV infected patients attitudes towards physician-assisted suicide. *American Journal of Psychiatry, 153*(2), 238-242.

11.  Breitbart, W., Rosenfeld, B., McDonald, M., Passik, S., Thaler, H., & Portenoy, R. (1996). Undertreatment of pain in ambulatory AIDS patients. *Pain, 65*(2), 243-249.

12.  Passik, S., McDonald, M., Rosenfeld, B., & Breitbart, W. (1996). Understanding end of life issues in patients with AIDS: Clinical and research implications. *Journal of Pharmacology and Pain and Symptom Management, 3*(3/4), 91-111.

13.  Breitbart, W., McDonald, M.V., Rosenfeld, B., Passik, S., Thaler, H., & Portenoy, R. (1996). Pain in ambulatory AIDS patients - I: Pain characteristics and medical correlates. *Pain, 68*(3), 317-321.

14.  Rosenfeld, B., Breitbart, W., McDonald, M.V., Passik, S., Thaler, H., & Portenoy, R. (1996). Pain in ambulatory AIDS patients - II: Impact of pain on psychological functioning and quality of life. *Pain, 68*(3), 323-328.

15.  Hewitt, D., McDonald, M.V., Portenoy, R., Rosenfeld, B., Passik, S., & Breitbart, W. (1997). Pain syndromes and etiology in ambulatory AIDS patients. *Pain, 70*(1), 117-123.

16.  Rosenfeld, B., White, M., & Passik, S. (1997). Treatment decision-making in HIV:  A pilot study of patient preferences. *Medical Decision Making, 17*(3), 307-314.

17.  Breitbart, W., Rosenfeld, B., Roth, A., Smith, M. J., Cohen, K., & Passik, S.  (1997). The Memorial Delirium Assessment Scale. *Journal of Pain and Symptom Management, 13*(3), 128-137.

18.  Warren, J., Rosenfeld, B., Hawk, G., & Fitch, W. L. (1997). Forensic clinical evaluation: An analysis of interstate and intersystem differences in clinical evaluations. *Law and Human Behavior, 21*(5), 377-390.

Rosenfeld, Barry
p. 15

19. Breitbart, W., Rosenfeld, B., Passik, S., Kaim, M., Funesti-Esch, J., Stein, K., & Portenoy, R.K. (1997). A comparison of pain report and adequacy of analgesic therapy in ambulatory AIDS patients with and without a history of substance abuse. *Pain, 72*(2), 235-243.

20. Breitbart, W., Rosenfeld, B., & Passik, S. (1998). The Network Project: A multi-disciplinary cancer education and training program in pain management, rehabilitation and psychosocial issues. *Journal of Pain and Symptom Management, 15*(1), 18-26.

21. Rosenfeld, B. & Ritchie, K. (1998). Competence to stand trial: Clinician reliability and the role of offense severity. *Journal of Forensic Sciences, 43*(1), 194-198.

22. Breitbart, W., Passik, S., McDonald, M. V., Rosenfeld, B., Smith, M., Kaim, M., & Funesti-Esch, J. (1998). Patient-related barriers to pain management in patients with AIDS. *Pain, 76*(1), 9-16.

23. Breitbart, W., McDonald, M.V., Rosenfeld, B., Monkman, N. D., & Passik, S. (1998). Fatigue in ambulatory AIDS patients. *Journal of Pain and Symptom Management, 15*(3), 159-167.

24. Gil, F., Passik, S., Rosenfeld, B., & Breitbart, W. (1998). Psychological adjustment and suicidal ideation in patients with AIDS. *AIDS Patient Care, 12*, 927-930.

25. Passik, S. D., Dugan, W., McDonald, M. V., Rosenfeld, B., Theobald, D., & Edgerton, S. (1998). Oncologist's recognition of depression in their patients with cancer. *Journal of Clinical Oncology, 16*(4), 1594-1600.

26. Dugan, W., McDonald, M. V., Passik, S. D., Rosenfeld, B., Theobald, D., & Edgerton, S. (1998). Use of the Zung Self-Rating Depression Scale in cancer patients: Feasibility as a screening tool. *Psycho-oncology, 7*, 483-493.

27. Rosenfeld, B. & Wall, A. (1998). Psychopathology and competence to stand trial. *Criminal Justice and Behavior, 25*, 443-462.

28. Rosenfeld, B., Breitbart, W., Stein, K., Funesti-Esch, J., Kaim, M., Krivo, S., & Galietta, M. (1999). Measuring desire for death among the medically ill: The Schedule of Attitudes towards Hastened Death. *American Journal of Psychiatry, 156*(1), 94-100.

29. Breitbart, W. & Rosenfeld, B. (1999). Physician assisted suicide: the influence of psychosocial issues. *Cancer Control, 6*(2), 46-61.

30. McDonald, M. V., Passik, S. D., Dugan, W., Rosenfeld, B., Theobald, D. E., & Edgerton, S. (1999). Nurse's recognition of depression in their patients with cancer. *Oncology Nursing Forum, 26*(3), 593-599.

Rosenfeld, Barry
p. 16

31.  Breitbart, W., Kaim, M., & Rosenfeld, B. (1999). Clinicians' perceptions of barriers to pain management in AIDS.  *Journal of Pain and Symptom Management, 18*, 203-212.

32.  Vogl, D., Rosenfeld, B., Breitbart, W., Thaler, H., Passik, S., McDonald, M., & Portenoy, R. K. (1999). Symptom prevalence, characteristics and distress in AIDS outpatients.  *Journal of Pain and Symptom Management, 18*, 253-262.

33.  Rosenfeld, B., Sands, S., & Van Gorp, W. (2000). Have we forgotten the base rate problem ?  Methodological issues in the detection of distortion.  *Archives of Clinical Neuropsychology, 15*(4), 349-359.

34.  Passik, S. D., Kirsch, K. L., McDonald, M. V., Ahn, S., Russak, S. M., Martin, L., Rosenfeld, B., Breitbart, W. S., & Portenoy, R. K. (2000). A pilot survey of aberrant drug-taking attitudes and behavior in samples of cancer and AIDS patients.  *Journal of Pain and Symptom Management, 19*(4), 274-286.

35.  Rosenfeld, B., Breitbart, W., Galiatta, M., Kaim, M., Funesti-Esch, J., Pessin, H., & Nelson, C. J. (2000). The Schedule of Attitudes toward Hastened Death:  Measuring desire for death in terminally ill cancer patients. *Cancer, 88*(12), 2868-2875.

36.  Rosenfeld, B. (2000). Assessment and Treatment of Obsessional Harassment.  *Aggression and Violent Behavior, 5*(6), 529-549.

37.  Passik, S., Lundberg, J., Rosenfeld, B., Donaghy, K., Theobald, D., Heminger, E., & Dugan, W. (2000). Factor analysis of the Zung Self-Rating Depression Scale in a large ambulatory sample of oncology patients.  *Psychosomatics, 41*, 121-127.

38.  *Marcus, K. S., Kerns, R. D., Rosenfeld, B., & Breitbart, W.  (2000). HIHV/AIDS-related pain as a chronic pain condition: Implications of a biopsychosocial model for comprehensive assessment and effective management.  *Pain Medicine, 1*(3), 260-273.

39.  Breitbart, W., Rosenfeld, B., Pessin, H., Kaim, M., Funesti-Esch, J., Galietta, M., Nelson, C.J., & Brescia, R.  (2000).  Depression, hopelessness, and desire for death in terminally ill cancer patients.  *Journal of the American Medical Association, 284*, 2907-2911.

40.  Rosenfeld, B.  (2000). Assisted suicide, depression and the right to die.  *Psychology, Public Policy, and Law, 6*(2), 529-549.

41.  Rosenfeld, B.  (2000). Methodological issues in assisted suicide/euthanasia research.  *Psychology, Public Policy, and Law, 6*(2), 559-574.

42.  Breitbart, W., Rosenfeld, B., Kaim, M., & Funesti-Esch, J.  (2001). A randomized,

Rosenfeld, Barry
p. 17

double-blind, placebo-controlled trial of psychostimulants for the treatment of fatigue in ambulatory patients with Human Immunodeficiency Virus Disease. *Archives of Internal Medicine, 161*(3), 411-420.

43. Brechtl, J. R., Breitbart, W., Galietta, M., Krivo, S., & Rosenfeld, B. (2001). The effect of highly active antiretroviral therapy (HAART) in patients with advanced HIV infection: Impact on medical, palliative care, and quality of life outcomes. *Journal of Pain and Symptom Management, 21*(1), 41-51.

44. Passik, S. D., Kirsch, K., Rosenfeld, B., McDonald, M. V. & Theobald, D. E. (2001). The changeable nature of patients' fears regarding chemotherapy: Implications for palliative care. *Journal of Pain and Symptom Management, 21*(2), 113-120.

45. *Nelson, C. J., Rosenfeld, B., Breitbart, W., & Galietta, M. (2002). Spirituality, religion, and depression in the terminally ill. *Psychosomatics*, *43*, 213-220.

46. *Brody, Y. & Rosenfeld, B. (2002). Object relations in criminal psychopaths. *International Journal of Offender Therapy and Comparative Criminology, 46*, 400-411.

47. Rosenfeld, B. & Harmon, R. (2002). Factors associated with violence in stalking and obsessional harassment cases. *Criminal Justice and Behavior, 29*(6), 671-691.

48. *Pessin, H., Rosenfeld, B., & Breitbart, W. (2002). Assessing psychological distress at the end of life. *American Behavioral Scientist, 46*(3), 357-372.

49. *McClain, C., Rosenfeld, B., & Breitbart, W. (2003). The influence of spirituality on end-of-life despair among terminally ill cancer patients. *Lancet, 361*, 1603-1607.

50. *Pessin, H., Rosenfeld, B., Burton, L., & Breitbart, W. (2003). The role of cognitive impairment in desire for hastened death. *General Hospital Psychiatry, 25*(3), 194-199.

51. Roth, A. J., Rosenfeld, B., Kornblith, A. B., Gibson, C., Scher, H. I., Holland, J. C., & Breitbart, W. (2003) The Memorial Anxiety Scale for Prostate Cancer (MAX-PC): Validation of a new scale to measure anxiety in men with prostate cancer. *Cancer, 97*, 2910-2918.

52. Rosenfeld, B. (2003). Recidivism in stalking and obsessional harassment. *Law and Human Behavior, 27*(3), 251-265.

53. Keller, A. S., Ford, D., Sachs, E., Rosenfeld, B., Trinh-Shevrin, C., Meserve, C., Leviss, J. A., Singer, E., Smith, H., Wilkinson, J., Kim, G., Allden, K., & Rockline, P. (2003). The impact of detention on the health status of asylum seekers. *Journal of Ambulatory Care and Management, 26*(4), 383-385.

Rosenfeld, Barry
p. 18

54.    Keller, A. S., Ford, D., Trinh-Shevrin, C., Meserve, C., Sachs, E., Leviss, J. A., Singer, E., Smith, H., Wilkinson, J., Kim, G., Allden, K., & Rosenfeld, B. (2003). Mental health of detained asylum seekers. *Lancet, 362*, 1271-1273.

55.    Rosenfeld, B. (2004). Violence risk factors in stalking and obsessional harassment: a review and meta-analysis. *Criminal Justice and Behavior, 31*, 9-36.

56.    Phillips, L., Quirk, R., O'Connor, M., & Rosenfeld, B. (2004). Is it stalking ? Perceptions of stalking among college undergraduates. *Criminal Justice and Behavior, 31*, 73-96.
           Reprinted in C. R. Bartol and A. M. Bartol (2005) *Current Perspectives In Forensic Psychology and Criminal Justice*. Thousand Oaks, CA: Sage.

57.    Rosenfeld, B., Roth, A. J., Gandhi, S., & Penson, D. (2004). Differences in health-related quality of life of prostate cancer patients based on stage of cancer. *Psycho-Oncology, 13,* 800-807.

58.    Rosenfeld, B., Gibson, C., Kramer, M., & Breitbart, W. (2004). Hopelessness and terminal illness:  The construct of hopelessness in patients with advanced AIDS. *Palliative and Supportive Care, 2,* 43-53.

59.    *Jacobson, C. M., Rosenfeld, B., Kozinski, A., Pessin, H., Cimino, J., & Breitbart, W. (2004). Belief in an afterlife, spiritual well-being and end-of-life despair in terminally ill cancer patients. *General Hospital Psychiatry, 26,* 484-486.

60.    Mystakidou, K., Rosenfeld, B., Parpa, E., Tsilika, E., Katsouda, E., Galanos, A., & Vlahos, L. (2004). The Schedule of Attitudes toward Hastened Death: Validation analysis in terminally ill Greek cancer patients. *Palliative and Supportive Care, 2,* 395-402.

61.    Rosenfeld, B., & Lewis, C. (2005). Assessing violence risk in stalking cases: A regression tree approach. *Law and Human Behavior, 29*, 343-357.

62.    Mystakidou, K., Rosenfeld, B., Parpa, E., Katsouda, E., Tsilika, E., Galanos, A., & Vlahos, L. (2005). Desire for death near the end of life: The role of depression, anxiety and pain. *General Hospital Psychiatry, 27,* 258-262.

63.    *Abbey, J. G., Rosenfeld, B., Pessin, H., & Breitbart, W. (2006). Hopelessness at the end of life: An analysis of the Beck Hopelessness Scale. *British Journal of Health Psychology, 11,* 173-183.

64.    Keller, A., Lhewa, D., Rosenfeld, B., Sachs, E., Aladjem, A., Cohen, I., Smith, H., & Porterfield, K. (2006). Traumatic experiences and psychological distress among an urban refugee population. *Journal of Nervous and Mental Disease, 194,* 188-194.

Rosenfeld, Barry
p. 19

65.   Roth, A., Nelson, C. J., Rosenfeld, B., Warshowsky, A., O'Shea, N., Sher, H., Holland, J., Slovin, S., Curley-Smart, T., Reynolds, T., & Breitbart, W. (2006). Assessing anxiety in men with prostate cancer: Further data on the reliability and validity of the Memorial Anxiety Scale for Prostate Cancer (MAX-PC). *Psychosomatics, 47*, 340-347.

66.   *Carr, A., Rotter, M., Steinbach, M., Dole, T., Garcia-Mansilla, A., Goldberg, S., Green, D., & Rosenfeld, B. (2006). Structured Assessment of Correctional Adaptation (SACA): A measure of the impact of incarceration on the mentally ill. *International Journal of Offender Therapy and Comparative Criminology, 50,* 570-581.

67.   *Farkas, M. R., Rosenfeld, B., Robbins, R., & van Gorp, W. (2006). Do tests of malingering concur? Concordance among malingering measures. *Behavioral Sciences and the Law, 24*, 659-671.

68.   Rosenfeld, B., Breitbart, W., Gibson, C., Kramer, M., Tomarken, A., Nelson, C., Pessin, H., Esch, J., Galietta, M., Garcia, N., Brechtl, J., & Schuster, M.  (2006). Desire for hastened death among patients with advanced AIDS. *Psychosomatics, 47,* 504-512.

69.   *Hooberman, J., Rosenfeld, B., Lhewa, D., Rasmussen, A., & Keller, A. (2007). Classifying the torture experiences of refugees living in the U.S. *Journal of Interpersonal Violence, 22,* 108-123.

70.   Rasmussen, A., Rosenfeld, B., Reeves, K., Keller, A. S. (2007). The subjective experience of trauma and subsequent PTSD in sample of undocumented immigrants, *Journal of Nervous and Mental Disease, 195*, 137-143.

71.   *Lhewa, D., Banu, S., Rosenfeld, B., & Keller, A. (2007). Validation of a Tibetan translation of the Hopkins Symptom Checklist-25 and the Harvard Trauma Questionnaire. *Assessment, 14*(3), 223-230.

72.   *Sorger, B. M., Rosenfeld, B., Pessin, H., Timm, A. K., & Cimino, J. (2007).  Decision-making capacity in elderly, terminally ill patients with cancer. *Behavioral Sciences and the Law, 25,* 393-404.

73.   *Martinez, R., Flores, J., & Rosenfeld, B. (2007). Predictive validity of the Juvenile Sex Offender Assessment Protocol – II (J-SOAP-II) with inner city minority youth. *Criminal Justice and Behavior, 34,* 1284-1295.

74.   Rosenfeld, B., Galietta, M., Ivanoff, A., Garcia-Mansilla, A., Martinez, R., Fava, J., Fineran, V., & Green, D.  (2007).  Dialectical Behavior Therapy for the treatment of stalking offenders. *International Journal of Forensic Mental Health, 6*(2), 95-103.

75.   Kucharski, L. T., Tang, P., & Rosenfeld, B.  (2007). Detecting denial of severe psychiatric disorder: An MMPI-2 investigation of criminal defendants. *International Journal of Forensic Mental Health, 6*(2), 145-152.

Rosenfeld, Barry
p. 20

76.   Rasmussen, A., Rosenfeld, B., Keller, A., & Reeves, K.  (2007). The effects of torture-related injuries on long-term psychological distress in a Punjabi Sikh sample. *Journal of Abnormal Psychology, 116*(4), 734-740.

77.   *Green, D., Rosenfeld, B., Dole, T., Pivovarova, E., & Zapf, P. (2008). Validation of an Abbreviated Version of the Structured Interview of Reported Symptoms in Outpatient Psychiatric and Community Settings. *Law and Human Behavior, 32,* 177-186.

78.   *Sachs, E., Rosenfeld, B., Lhewa, D., Rasmussen, A., & Keller, A. (2008).  Entering exile: Trauma, mental Health and coping among Tibetan refugees arriving in Dharamsala, India. *Journal of Traumatic Stress, 21,* 199-208.

79.   *Jacobson, C. M., Rosenfeld, B., Pessin, H., & Breitbart, W. (2008). Depression and IL-6 blood plasma concentrations in advanced cancer patients. *Psychosomatics, 49,* 64-66.

80.   *Pessin, H., Nelson, C., Galietta, M., Rosenfeld, B., & Breitbart, W. (2008).  Burden and benefit of psychosocial research at the end of life.  *Journal of Palliative Medicine, 11*(4), 627-632.

81.   *Olden, M., Rosenfeld, B., Pessin, H., & Breitbart, W. (2009). Measuring depression at the end of life: Is the Hamilton Depression Rating Scale a Valid Instrument? *Assessment, 16,* 43-54.

82.   *Garcia-Mansilla, A., Rosenfeld, B., & Nicholls, T. (2009).  Risk assessment:  Are current methods applicable to women? *International Journal of Forensic Mental Health, 8,* 50-61.

83.   *Carr, W. A., Magyar, M., Rosenfeld, B., & Rotter, M.  (2009).   An exploration of criminal thinking styles in civil psychiatric patients.  *Criminal Behaviour and Mental Health, 19*(5), 334-346.

84.   *Pivovarova, E., Rosenfeld, B., Dole, T., Green, D., & Zapf, P. (2009).  Are measures of cognitive effort and motivation useful in differentiating feigned from genuine psychiatric symptoms?  *International Journal of Forensic Mental Health, 9*(4), 271-278.

85.   *Nelson, C. J., Jacobson, C. M., Weinberger, M. I, Bhaskaran, V., Rosenfeld, B., Breitbart, W., & Roth, A. (2009). The role of spirituality in the relationship between religiosity and depression in prostate cancer patients. *Annals of Behavioral Medicine, 38*(2), 105-114.

Rosenfeld, Barry
p. 21

86. Breitbart, W., Rosenfeld, B., Gibson, C., Kramer, M., Li, Y., Tomarken, A., Nelson, C., Pessin, H., Esch, J., Galietta, M., Garcia, N., Brechtl, J., & Schuster, M. (2010). Impact of treatment for depression on desire for hastened death in patients with advanced AIDS. *Psychosomatics, 52*(1), 98-105.

87. Breitbart, W., Rosenfeld, B., Gibson, C., Pessin, H., Nelson, C., Poppito, S., Tomarken, A., Berg, A., Timm, A., Jacobson, C., Sorger, B., Abbey, J., & Olden, M. (2010). Meaning-Centered Group Psychotherapy for patients with advanced cancer: A pilot randomized controlled trial. *Psycho-oncology, 19*(1), 21-28.

88. *Magyar, M., Carr, W. A., Rosenfeld, B., & Rotter, M. (2010). An exploration of the relationship between criminal cognitions and psychopathy in a civil psychiatric sample. *International Journal of Offender Therapy and Comparative Criminology, 54*(6), 865-877.

89. Rosenfeld, B., Green, D., Pivovarova, E., Dole, T., & Zapf, P. (2010). What to do with contradictory data: Approaches to the integrating of multiple malingering measures. *International Journal of Forensic Mental Health, 9*(2), 63-73.

90. *Feichtl, R., Rosenfeld, B., Tallamy, B., Cairo, M., & Sands, S. (2010). Concordance of quality of life assessments following pediatric hematopoietic stem cell transplantation. *Psycho-oncology, 19*(7), 710-717.

91. *Hooberman, J. B., Rosenfeld, B., Rasmussen, A., & Keller, A. (2010). Resilience in trauma-exposed refugees: The moderating effect of coping style on social support, cognitive appraisals, and social comparisons. *American Journal of Orthopsychiatry, 80*(4), 561-567.

92. *Green, D., Rosenfeld, B., & Rasmussen, A. (2010). Defining torture: A review of 40 years of research. *Journal of Traumatic Stress Studies, 23*(4), 528-531.

93. Roth, A., Nelson, C., Rosenfeld, B., Scher, H., Slovin, S., Morris, M. Arauz, G., & Breitbart, W. (2010). Methylphenidate for fatigue in ambulatory men with prostate cancer. *Cancer, 116*(21), 5102-5110.

94. *Weiss, R. & Rosenfeld, B. (2010). Cross-cultural validity in malingering assessment: The Dot Counting Test in a rural Indian sample. *International Journal of Forensic Mental Health Services, 9*(4), 300-307.

95. *Pierson, A. M., Rosenfeld, B., Green, D., & Belfi, B. (2011). Investigating the relationship between antisocial personality disorder and malingering. *Criminal Justice and Behavior, 38*(2), 146-156.

Rosenfeld, Barry
p. 22

96.     *Green, D., & Rosenfeld, B.  (2011).  Evaluating the gold standard: A meta-analysis of the Structured Interview of Reported Symptoms (SIRS). *Psychological Assessment, 23*(1), 95-107. doi: 10.1037/a0021149

97.     Rotter, M. Carr, W. A., Magyar, M., & Rosenfeld, B.  (2011).  From incarceration to community care:  Structured Assessment of Correctional Adaptation. *Journal of the American Academy of Psychiatry and Law, 39*(1), 72-77.

98.     Atkinson, T. M., Rosenfeld, B., Sit, L., Mendoza, T. R., Fruscione, M. Lavene, D., Shaw, M., Li, Y., Hay, J., Cleeland, C. S., Scher, H. I., Breitbart, W., & Basch, E. (2011). Using confirmatory factor analysis to evaluate construct validity of the Brief Pain Inventory (BPI). *Journal of Pain and Symptom Management, 41*(3), 558-565.

99.     Rosenfeld, B., Pessin, H., Lewis, C., Abbey, J., Olden, M., Sachs, E., Amakawa, L., Kolva, L., Brescia, R., & Breitbart, W.  (2011). Assessing hopelessness in terminally ill cancer patients: Development of the Hopelessness Assessment in Illness questionnaire (HAI). *Psychological Assessment, 23*(2), 325-336, doi: 10.1037/a0021767.

100.    *Weiss, R., Farkas, M., & Rosenfeld, B. (2011). The utility of the Structured Interview of Reported Symptoms in a sample of individuals with intellectual disabilities. *Assessment, 18*(3), 284-290, doi: 10.1177/1073191111408230.

101.    *Garcia-Mansilla, A., Rosenfeld, B., & Cruise, K. R.  (2011).  Violence risk assessment and women: Predictive accuracy of the HCR-20 in a civil psychiatric sample. *Behavioral Sciences and the Law, 29*(5), 623-633, doi: 10.1002/bsl.1005.

102.    Rasmussen, A., Crager, M., Keatley, E., Keller, A. S., & Rosenfeld, B. (2011). Screening for Torture: A narrative checklist comparing legal definitions in a torture treatment clinic. *Zeitschrift für Psychologie/Journal of Psychology, 219*(3), 143-149, doi: 10.1027/2151-2604/a000061 .

103.    *Kolva, E., Rosenfeld, B., Pessin, H., Breitbart, W., & Brescia, R. (2011). Anxiety in terminally ill cancer patients. *Journal of Pain and Symptom Management, 42*(5), 691-701, doi: 10.1016/j.oainsymman.2011.01.013.

104.    Appelbaum, A. J., Lichtenthal, W. G., Pessin, H. A., Radomski, J. N., Gökbayrak, N. S., Katz, A. M., Rosenfeld, B., Breitbart, W. S. (2011). Factors associated with attrition from a randomized controlled trial of Meaning-Centered Group Psychotherapy for patients with advanced cancer. *Psycho-Oncology, 21*(11), 1195-1204, doi: 10.1002/pon.2013.

Rosenfeld, Barry
p. 23

105.    *Weiss, R. & Rosenfeld, B. (2012). Navigating cross-cultural issues in forensic assessment: Recommendations for practice. *Professional Psychology: Research and Practice, 43*(3), 234-240, doi: 10.1037/10025850.

106.    Breitbart, W., Poppito, S., Rosenfeld, B., Vickers, A. J., Li, Y., Abbey, J., Olden, M., Pessin, H., Lichtenthal, W., Sjoberg, D., & Cassileth, B. R. (2012).  A pilot randomized controlled trial of Individual Meaning-Centered Psychotherapy for patients with advanced cancer. *Journal of Clinical Oncology, 30*(12), 1304-1309, doi: 10.1200/JCO.2011.36.2517.

107.    *Green, D., Rosenfeld, B., Belfi, B., Rohler, L & Pierson, A. (2012). Use of measures of cognitive effort in detection of feigned psychiatric symptoms with pretrial criminal defendants. *International Journal of Forensic Mental Health, 11*(3), 181-190, doi: 10.1080/14999013.2012.723665*.

108.    Galietta, M., & Rosenfeld, B. (2012). Adapting Dialectical Behavior Therapy (DBT) for the treatment of psychopathy. *International Journal of Forensic Mental Health, 11*(4)*, 325-335, doi: 10.1080/14999013.2012.746762.

109.    *Green, D., Rosenfeld, B., & Belfi, B.  (2013). New and improved? Comparison of the original and revised versions of the Structured Interview of Reported Symptoms. *Assessment, 20*(1), 210-218, doi: 10.1177/1073191112464389.

110.    *Sachs, E., Kolva, E., Pessin, H., Rosenfeld, B., & Breitbart, W. (2013). On sinking and swimming: The dialectic of hope, hopelessness and acceptance in terminal cancer. *American Journal of Hospice and Palliative Medicine, 30*(2), 121-127, doi: 10.1177/1049909112445371*.

111.    *Raghavan, S., Rosenfeld, B., Rasmussen, A., & Keller, A.  (2013). Correlates of symptom reduction in treatment seeking survivors of torture. *Psychological Trauma: Theory, Research, Practice and Policy, 5*(4), 377-383, doi: 10.1037/a0028118.

112.    Appelbaum, A., Kolva, E. Radomski, J., Jacobs, J., DeRosa, A., Lichtenthal, W., Olden, M., Rosenfeld, B., & Breitbart, W. (2014). Conceptualizing prognostic awareness in advanced cancer: A systematic review.  *Journal of Health Psychology, 19*(9), 1103-1119. doi: 10.1177/1359105313484782.

113.    Appelbaum, A., Stein, E., Lord-Bessen, J., Pessin, H., Rosenfeld, B., & Breitbart, W. (2014). Optimism, social support, and mental health outcomes in patients with advanced cancer. *Psycho-Oncology, 23,* 299-306, doi: 10.1002/pon.3418

Rosenfeld, Barry
p. 24

114. Breitbart, W., Rosenfeld, B., Tobias, K., Pessin, H., Ku, G. Y., Yuan, J., Gibson, C., & Wolchok, J. (2014). Depression, cytokines, and pancreatic cancer. *Psycho-Oncology, 23,* 339-345, doi: 10.1002/pon.3422

115. *Kolva, E., Rosenfeld, B., Brescia, R., & Comfort, C. (2014). Assessing decision-making capacity at the end of life. *General Hospital Psychiatry, 36*, 392-397, doi: 10.1016/j.genhosppsych.2014.02.013*.

116. Rosenfeld, B., Pessin, H., Marziliano, A., Jacobson, C., Sorger, B., Abbey, J., Olden, M., Brescia, R., & Breitbart, W. (2014). Does Desire for Hastened Death Change in Terminally Ill Cancer Patients? *Social Science & Medicine, 111*, 35-40, doi: 10.1016/j.socscimed.2014.03.027.

117. *Saracino, R., Kolva, E., Rosenfeld, B., & Breitbart, W. (2014). Measuring social support in patients with advanced medical illness: An analysis of the Duke-UNC Functional Social Support Questionnaire. *Supportive and Palliative Care, 13*, 1153-1163. doi: 10.1017/S1478951514000996.

118. *Osenbach, J.E., Lewis, C., Rosenfeld, B., Russo, J., Ingraham, L.M., Peterson, R., Wang, J., & Zatzick, D.F. (2014). Exploring the longitudinal trajectories of posttraumatic stress disorder in injured trauma survivors. *Psychiatry, 77*(4), 386-397. DOI: 10.1521/psyc.2014.77.4.386.

119. *Martinez, R., Rosenfeld, B., Cruise, K., & Martin, J. (2015). Predictive validity of the J-SOAP-II: Does accuracy differ across settings? *International Journal of Forensic Mental Health, 14*, 56-65, doi: 10.1080/14999013.2015.1019683.

120. *Tobias, K., Rosenfeld, B., Pessin, H., & Breitbart, W. (2015). Measuring "sickness behavior" in humans. *Medical Hypotheses, 84,* 231-237. doi: 10.1016/j.mehy.2015.01.002

121. Breitbart, W., Rosenfeld, B., Pessin, H., Applebaum, A., Kulikowski, J., & Lichtenthal, W. (2015). Meaning-Centered Group Psychotherapy: An effective intervention for improving psychological well-being in patients with advanced cancer. *Journal of Clinical Oncology, 33*, 749-754. doi: 10.1200/JCO.2014.57.2198.

122. *Howe, J., Rosenfeld, B., Foellmi, M., Stern, S., & Rotter, M. (2016). Application of the HCR-20 Version 3 in civil psychiatric patients. *Criminal Justice and Behavior, 43*, 398-412.  doi: 10.1177/0093854815605527.

Rosenfeld, Barry
p. 25

123.    *Foellmi, M., Rosenfeld, B., & Galieta, M. (2016). Assessing risk for recidivism in stalking offenders:  Predictive validity of the Guidelines for Stalking Assessment and Management (SAM). *Criminal Justice and Behavior, 43*, 600-616. doi: 10.1177/0093854815610612.

124.    Balaguer, A., Monteforte, C., Porto-Salas, J, Alonso-Barbarra, A, Altisent, R, Aradilla-Hererro, A, … Rosenfeld, B., et al. (2016). An international consensus definition of the wish to hasten death and its related factors. *PlosOne, 11, e0146184*. doi: 10.1371/journal.pone.0146184

125.    *Saracino, R., Rosenfeld, B., & Nelson, C. (2016). Toward a new conceptualization of depression in older cancer patients: A review of the literature. *Aging and Mental Health, 20*, 1230-1242.  doi: 10.1080/13607863.2015.1078278.

126.    Rosenfeld, B., Saracino, R., Tobias, K., Masterson, M., Pessin, H., Applebaum, A., Brescia, R., & Breitbart, W. (2017).  Adapting Meaning-Centered Psychotherapy for the palliative care setting: Results of a pilot study. *Palliative Medicine, 31,* 140-146*.* doi: 10.1177/0269216316651570.

127.    Keller, A., Joscelyne, A., Granski, M., & Rosenfeld, B. (2017). Do Central American immigrants at the US Border satisfy the requirements for asylum? *PloS One, 12,* e0168692. doi: 10.1371/journal.pone.0168692

128.    *Kolva, E., Rosenfeld, B., Liu, Y., Pessin, H. & Breitbart, W. (2017).  Using IRT to reduce patient burden when assessing desire for hastened death.  *Psychological Assessment, 29,* 349-353*.* doi: 10.1037/pas0000343.

129.    *Raghavan, S., Rosenfeld, B., & Rasmussen, A. (2017). Measurement invariance of the Brief Symptom Inventory in survivors of torture and trauma. *Journal of Interpersonal Violence, 32*, 1708-1729. doi: 10.1177/0886260515619750.

130.    Cham, H., Reshetnyak, E., Rosenfeld, B., & Breitbart, W. (2017). Full information maximum likelihood estimation for latent variable interactions with incomplete indicators. *Multivariate Behavioral Research, 52,* 12-30. doi: 10.1080/00273171.2016.1245600.

131.    *Weiss, R., & Rosenfeld, B. (2017). Identifying feigning in trauma-exposed African immigrants. *Psychological Assessment, 29*, 881-889. doi: 0.1037/pas0000381*.*

132.    Rosenfeld, B., Foellmi, M. Khadivi, A., Wijetunga, C., Howe, J., Nijdam-Jones, A., Grover, S., & Rotter, M. (2017). Determining when to conduct a violence risk assessment: Development and initial validation of the Fordham Risk Screening Tool (FRST). *Law and Human Behavior, 41,* 325-332. doi: 10.1037/lhb0000247.

Rosenfeld, Barry
p. 26

133.   *Nijdam-Jones, A., Rivera, D., Rosenfeld, B., Arango-Lasprilla, J. C. (2017). A cross-cultural analysis of the Test of Memory Malingering among Latin American Spanish-Speaking adults. *Law and Human Behavior, 41*, 422-428. doi: 10.1037/lhb0000250.

134.   *Nijdam-Jones, A., & Rosenfeld, B. (2017). Cross-cultural feigning assessment: A systematic review of feigning instruments used with culturally and ethnically diverse samples. *Psychological Assessment, 29*, 1321-1336. doi: 10.1037/pas0000438.

135.   *Tobias, K., Lehrfeld, J., Rosenfeld, B., Pessin, H., & Breitbart, W. (2017). Confirmatory factor analysis of the Beck Depression Inventory-II in patients with advanced cancer: A theory driven approach. *Palliative and Supportive Care, 15,* 704-709. doi: 10.1017/S1478951517000724.

136.   *Wijetunga, C., Rosenfeld, B., & Martinez, R. (In press). The influence of offender characteristics on the predictive validity of the Juvenile Sex Offender Assessment Protocol-Revised (J-SOAP-II). *International Journal of Offender Therapy and Comparative Criminology.* doi: 10.1177/0306624X16650681.

137.   *Boland, J. & Rosenfeld, B. (In press). The role of controlled substance use in diversion outcomes among mentally ill offenders. *International Journal of Offender Therapy and Comparative Criminology.*

138.   *Wijetunga, C., Nijdam-Jones, A., Rosenfeld, B., Martinez, R., & Cruise, K. (In press). Using the Juvenile Sex Offender Assessment Protocol-Revised (J-SOAP-II) to assess psychopathy. *Criminal Justice and Behavior.*  doi: 10.1177/0093854817745912

139.   Rosenfeld, B., Cham, H., Pessin, H., & Breitbart, W. (In press). Why is Meaning-Centered Group Psychotherapy (MCGP) effective? Meaning as the mechanism of change for advanced cancer patients. *Psycho-Oncology.* doi: 10.1002/pon.4578

140.   *Kolva, E., Saracino, R. & Rosenfeld, B. (In press). Assessing the decision-making capacity of terminally ill patients with cancer. *American Journal of Geriatric Psychiatry.*

141.   *Marzilliano, A., Pessin, H., Rosenfeld, B., & Breitbart, W. (In press). Measuring cohesion and self-disclosure in psychotherapy groups for patients with advanced cancer: An analysis of the psychometric properties of the Group Therapy Experience scale. *International Journal of Group Psychotherapy.*

Rosenfeld, Barry
p. 27

142.   Rotter, M., & Rosenfeld, B.   (In press). Implementing a violence risk screening protocol in a civil psychiatric setting: Preliminary results and clinical policy implications. *Community Mental Health Journal.*

143.   *Saracino, R., Rosenfeld, B., & Nelson, C. (In press). Performance of four diagnostic approaches to depression in adults with cancer. *General Hospital Psychiatry.*

<u>Books/Monographs</u>:
1.     Keller, A. S., Ford, D., Sachs, E., Rosenfeld, B., Trinh-Shevrin, C., Meserve, C., Leviss, J. A., Singer, E., Smith, H., Wilkinson, J., Kim, G., & Allden, K. (2003). *From Persecution to Prison: The Health Consequences of Detention for Asylum Seekers*. Boston, MA: Physicians for Human Rights.

2.     Rosenfeld, B.  (2004). *Physician-Assisted Suicide, Euthanasia, and the Right to Die: The Interface of Social Science, Public Policy, and Medical Ethics*.  Washington DC: American Psychological Association Press.

3.     Rosenfeld, B., & Penrod, S. (Eds.). (2011). *Research Methods in Forensic Psychology*. New York: John Wiley and Sons.

4.     Rosenfeld, B., & Nijdam-Jones, A. (Under contract).  *Forensic Assessment with Diverse Populations: A Guide for Clinicians*. New York: Oxford University Press.

<u>Book Chapters</u>:
1.     Breitbart, W., Passik, S., & Rosenfeld, B.  (1994). Psychiatric complications of cancer pain.  In J. Wall and L. Melzak (Eds.)  *Pain*, 3rd Ed., (pp. 861-897). London: Churchill-Livingston.

2.     Passik, S., McDonald, M., Rosenfeld, B., & Breitbart, W. (1996). End of life issues in patients with AIDS: Clinical and research implications. In M. P. Battin and A. G. Lipman (Eds.) *Drug Use in Assisted Suicide and Euthanasia*, (pp. 91-111). New York: Haworth Press.

3.     Rosenfeld, B.  (1998). Psychological sequelae of HIV disease and HIV-associated neoplasms.  In J. Holland (Ed.) *Handbook of Psycho-Oncology*, 2nd Ed (pp. 861-897). New York:  Oxford.

4.     Breitbart, W., Passik, S., & Rosenfeld, B.  (1999). Cancer, mind and spirit.  In J. Wall and L. Melzak (Eds.)  *Pain*, 4th Ed, (pp. 1075-1112).  London:  Churchill-Livingston.

Rosenfeld, Barry
p. 28

5.      Rosenfeld, B., Breitbart, W., Krivo, S., & Chochinov, H. M.  (2000). Suicide, Assisted Suicide and Euthanasia in the terminally ill.  In W. Breitbart and H. Chochinov (Eds.) *Psychiatric Issues in Palliative Care* (pp. 51-62).  New York:  Oxford.

6.      Rosenfeld, B.  (2002). Studying the desire for hastened death.  In R. K. Portenoy and E. Bruera (Eds.)  *Issues in Palliative Care Research: Methodologies and outcomes* (pp. 293-305).  New York:  Oxford.

7.      Rosenfeld, B.  (2003). When stalking turns violent:  Developments in the assessment of stalking risks.  In M. Brewster (Ed.).  *Stalking Victims and Offenders: Treatment, Intervention and research* (pp. 12/1-12/20).  Kingston, NJ:  Civic Research Institute.

8.      Breitbart, W., Passik, S. D., & Rosenfeld, B.  (2003) Cancer:  Psychiatric and ethical issues. In R. Melzack and P. D. Wall (Eds.) *Handbook of Pain Management: A Clinical Companion to Textbook of Pain* (pp. 689-720).  Edinburgh, UK: Harcourt Publishers.

9.      Rosenfeld, B. (2004). Euthanasia and physician-assisted suicide.  In A. J. Christensen, R. Martin, & J. M. Smyth (Eds.)  *Encyclopedia of Health Psychology*, Vol. 4, Macmillan Psychology Reference Series (pp. 103-104).  New York: Kluwer Academic/Plenum.

10.     Rosenfeld, B., & Galietta, M. (2004). Clinical and ethical issues in the treatment of potentially violent individuals. In L. VandeCreek, *Innovations in Clinical Practice: A Source Book*, Vol. 21, (pp. 165-176). Sarasota, FL: Professional Resource Press.

11.     Rosenfeld, B., & Cling, B. J. (2004). Stalking. In B. J., Cling (Ed.), *Sexualized violence against women* (pp. 98-114)*.* New York: Guilford.

12.     Keller, A., Rasmussen, A., Reeves, K., & Rosenfeld, B. (2005). An evaluation of Credible Fear referrals in Expedited Removal at ports of entry in the United States. In Hetfield (Ed.). *Report on asylum seekers in Expedited Removal* (pp. 1-43). Washington DC: United States Commission on International Religious Freedom.

13.     Rosenfeld, B., Abbey, J. G., & Pessin, H. (2005).  Depression and hopelessness at the end of life: Assessment and treatment. In J. L., Werth, Jr., & D. Blevins (Eds.). *Psychosocial Issues near the End of Life: A Resource for Professional Care Providers* (pp. 163-182). Washington DC: American Psychological Association.

14.     Rosenfeld, B. & Jacobson, C. M. (2007). Forensic Issues at the end of life. In A. M. Goldstein (Ed.). *Forensic Psychology: Advanced Topics for Forensic Experts and Attorneys* (pp. 661-680). New York: Wiley.

Rosenfeld, Barry
p. 29

15.     Rosenfeld, B. & Green, D. (2008). Methodological issues in forensic research. In D.
        McKay (Ed.). *Research methods in clinical psychology* (pp. 387-403). Thousand Oaks,
        CA: Sage.

16.     Rosenfeld, B., Fava, J., & Galietta, M. (2008). Treatment of the stalking offender:
        Considerations for risk assessment and intervention. In J. Werth, A. Benjamin, & D.
        Blevins (Eds.). *Duty to warn* (pp. 157-173). Washington, DC: American
        Psychological Association Press.

17.     Rosenfeld, B. & Pivovarova, E. (2008).  Psychological testing in violence risk
        assessment. In K. Tardiff & R. Simon (Eds.) *Textbook of Violence Assessment and
        Management* (pp. 59-76). Washington DC: American Psychiatric Publishing.

18.     Rosenfeld, B., & Green, D. (2009). Ethical and legal issues in conducting treatment
        research with potentially violent individuals. In Buchanan, D., Fisher, C., & Gable, L.
        (Eds.) *Ethical and legal issues in research with high risk populations: Addressing
        threats of suicide, child abuse, and violence* (pp. 167-186). Washington, DC: American
        Psychological Association

19.     Galietta, M., Finneran, V., Fava, J., & Rosenfeld, B. (2009).  Treatment refractory
        populations and clinical problems:  Antisocial and psychopathic personalities. In D.
        McKay, S. Taylor, & J. Abramawitz (Eds.) *Cognitive-behavior therapy: Lessons learned
        from refractory cases* (pp. 385-405). Washington, DC: American Psychological
        Association.

20.     Rosenfeld, B., Edens, J. & Lowmaster, S.  (2011).  Measure Development in Forensic
        Psychology.  In B. Rosenfeld & S. Penrod, (Eds.). *Research Methods in Forensic
        Psychology* (pp. 26-42). New York:  Wiley.

21.     Zapf, P., Green, D., & Rosenfeld, B.  (2011). Competency to Stand Trial and Criminal
        Responsibility Research.  In B. Rosenfeld & S. Penrod, (Eds.). *Research Methods in
        Forensic Psychology* (pp. 156-173). New York:  Wiley.

22.     Rosenfeld, B., Byers, K., & Galietta, M. (2011). Psychotherapy outcome research with
        forensic populations. In B. Rosenfeld & S. Penrod, (Eds.). *Research Methods in
        Forensic Psychology* (pp. 309-324). New York:  Wiley.

23.     *Foellmi, M., Cahall, J., & Rosenfeld, B. (2012). Stalking: What we know and what we
        need to know.  In B. Winder & P. Banyard (Eds.) *A psychologist's casebook of crime:
        From arson to voyeurism* (pp. ). London:  Palgrave McMillan.

Rosenfeld, Barry
p. 30

24.     *Kolva, E. & Rosenfeld, B. (2012). Legal perspectives on decision-making competence. In G. Demakis (Ed.). *Civil Competencies in Clinical Neuropsychology* (pp. 17-39). New York: Oxford University Press.

25.     Rosenfeld, B., Howe, J., Pierson, A., & Foellmi, M. (2015). Mental health treatment of criminal offenders. In P. Zapf (Ed.) *The Handbook of Forensic Psychology, Volume 1: Individual and Situational Influences in Criminal and Civil Contexts* (pp. 159-190). Washington DC:  American Psychological Association.

26.     *Kolva, E., Saracino, R. & Rosenfeld, B. (2016). Legal aspects of healthcare decision-making. In M. Diefenbach, S. Miller-Halegoua, & D. Bowen (Eds.) *Handbook of Health Decision Science* (pp. 193-205)*.* New York: Springer-Verlag.

27.     *Masterson, M., Rosenfeld, B., Pessin, H., & Fenn, N. (2017). Meaning-Centered Psychotherapy in the palliative care setting.  In. W. Breitbart (Ed.). *Meaning-Centered Psychotherapy* (pp. 112-121)*.* New York: Oxford University Press.

28.     *Howe, J., Wijetunga, C., Nijdam-Jones, A., & Rosenfeld, B. (In press). Treatment of psychopathic personality disorder. In P. Sturmey (Ed.). *Handbook of Violence and Aggression. Vol. 2: Assessment, Prevention and Treatment of Individuals*. New York: Wiley.

29.     *Saracino, R., Masterson, M., & Rosenfeld, B. (2017). The impact of depression on healthcare decisions: Autonomy, capacity and competence. In C. Foster & J. Herring (Eds.) *Depression: Law and Ethics* (pp. 172-185)*.* Oxford, U.K.: Oxford University Press.

30.     *Masterson, M., Rosenfeld, B. & Breitbart, W. (In press). Meaning Centered Psychotherapy for patients with advanced and terminal cancer. In R. S. Allen, J. G. Carpenter & B. F. Eichorst (Eds.). *Perspectives on Behavioral Interventions in Palliative and End-of-Life Care.*  New York: Taylor and Francis.

31.     *Wijetunga, C., Picard, E., & Rosenfeld, B. (In press).  Management of sex offenders in community settings. In W. T. O'Donohue & D. Bromberg (Eds.). *Sexually violent predators: A clinical science handbook.* New York: Springer.

Other Publications:
1.     Hawk, G., Rosenfeld, B., & Warren, J.  (1994). In reply:  Toward semantic precision. *Hospital and Community Psychiatry, 45*(6), 610.

2.     Breitbart, W., Rosenfeld, B. D., & Passik, S. D.  (1997). "Assisted suicide for HIV patients": Dr. Breitbart and colleagues reply.  *American Journal of Psychiatry, 154*(2), 294-295.

Rosenfeld, Barry
p. 31

3.   Krivo, S., Rosenfeld, B., & Breitbart, W.  (1998). Delirium in the cancer patient: The MSKCC Delirium Assessment Scale.  *Primary Care and Cancer, 18*(3), 11-13.

4.   Rosenfeld, B.  (1998). Assessing competence to make treatment decisions.  *Drugs of Today, 34*(7), 579-584.

5.   Rosenfeld, B. & Breitbart, W.  (2000).  Physician-assisted suicide and Euthanasia. *New England Journal of Medicine, 343*(2), 151.

6.   Rosenfeld, B.  (2002). Mental health issues at the end-of-life: An emerging legal and policy arena for social scientists. *Behavioral Sciences and the Law, 20*(3), 215-217.

7.   Rosenfeld, B.  (2002). Competence to consent to research: Where psychology, ethics, and the law intersect.  *Ethics and Behavior, 12*(3), 284-287.

8.   Rosenfeld, B.  (2002). The psychology of competence and informed consent: Understanding decision-making with regard to clinical research.  *Fordham Urban Law Journal, 22*(4), 173-185.

9.   O'Connor, M. & Rosenfeld, B. (2004). Introduction to the special issue on Stalking: Finding and filling the empirical gaps. *Criminal Justice and Behavior, 31,* 3-8.

10.  Edens, J. F., Petrila, J., Guy, L. S., & Rosenfeld, B. (2005). Conducting your first AP-LS conference presentation: Improving the experience for yourself and your audience. *AP-LS News, 25,* 8-11.

11.  Rosenfeld, B. (2008). Does anyone know of a good Farsi speaking forensic psychologist? Crossing language and cultural boundaries in forensic assessment. *AP-LS News, 28,* 9-11.

12.  Rosenfeld, B., & Amakawa, L. (2008). End of life issues. In B. Cutler (Ed.). *The Encyclopedia of Psychology and Law*, Thousand Oaks, CA: Sage.

13.  Rosenfeld, B., & Weiss, R. (2008). Hopkins Competency Assessment Tool. In B. Cutler (Ed.).  *The Encyclopedia of Psychology and Law*, Thousand Oaks, CA: Sage.

14.  *Foellmi, M., & Rosenfeld, B. (2015). *Tarasoff* and the Duty to Warn. In S. Lilienfeld (Ed.). *The Encyclopedia of Clinical Psychology* (pp. 1-3)*. New York: Wiley. doi: 10.1002/9781118625392

15.  *Pierson, A., & Rosenfeld, B. (2015). Malingering. In S. Lilienfeld (Ed.). *The Encyclopedia of Clinical Psychology* (pp. 1-6). New York: Wiley. doi: 10.1002/9781118625392.

Rosenfeld, Barry
p. 32

16.     *Tobias, K., & Rosenfeld, B. (2015). End of life Forensic issues. In S. Lilienfeld (Ed.).
        *The Encyclopedia of Clinical Psychology* (pp. 1-6). New York: Wiley. doi:
        10.1002/9781118625392.

17.     *Wijetunga, C., Picard, E., & Rosenfeld. (In press). Forensic measures for assessing
        offenders.  In R. D. Morgan (Ed.), *The Sage Encyclopedia of Criminal Psychology*.
        Thousand Oaks, CA: Sage.

18.     *Nijdam-Jones, A., Gerbrandij, J., & Rosenfeld. (In press). Forensic interviewing.  In R.
        D. Morgan (Ed.), *The Sage Encyclopedia of Criminal Psychology*. Thousand Oaks, CA:
        Sage.


SELECTED CONFERENCE PRESENTATIONS
Invited Presentations:
1.      Issues in the assessment of dangerousness. Invited address presented to the
        Appellate Division of the New York State Supreme Court, Third Division, Albany,
        NY, November, 2017

2.      The role of psychology in torture: Mistakes, missteps and corrections. Invited
        addressed presented to the Australia/New Zealand Association of Psychiatry,
        Psychology and Law, Melbourne, VI, Australia, August, 2016

3.      Psychology and torture.  Invited address presented at the annual meeting of the
        Ontario Psychiatric Association, Toronto, ON, Canada, April, 2016

4.      Cross-cultural Issues in Forensic Assessment.  Invited address presented at the 10th
        annual Risk and Recovery Conference, Hamilton, ON, Canada, April, 2016

5.      Clinical issues in the application of Article 10. Invited address presented at the
        2015 Judicial Summer Regional Program, New York State Judicial Institute,
        Castleton-on-Hudson, NY, July, 2015

6.      From checklists to clinical judgment: Advances in violence risk assessment. Invited
        address presented at the Tri-state meeting of the American Academy of Psychiatry
        and Law, New York, NY, January, 2014

7.      A brief primer in violence risk assessment. Invited address presented at the New
        York State Psychological Association Forensic Conference, New York, NY,
        September, 2013

Rosenfeld, Barry
p. 33

8.      The psychology of violence. Invited address presented at the Texas College of
        Judicial Studies (with Keith Cruise). Austin, TX, April, 2013

9.      Cultural considerations in the evaluation of suspected terrorists. Invited address
        presented at the International Conference on Global Perspectives on Justice,
        Security and Human Rights, New York, NY, June, 2012

10.     Is mindfulness good for psychopaths? Adapting Dialectical Behavior Therapy to
        psychopathic criminal offenders. Invited address presented at the Bergen
        Conference on the Treatment of Psychopathy, Bergen, Norway, November, 2011

11.     He's stalking me! Understanding and responding to stalking and harassment.
        Invited address at the 1st biannual conference on Developing Psychology in a
        Globalizing World, Worcester, MA, April, 2011.

12.     Assessment of malingering:  The use and misuse of psychological testing.  Invited
        address at the annual meeting of the American Academy of Forensic Psychiatry,
        Tri-State Chapter, New York, NY, January, 2008

13.     Beyond psychopathy: Stretching the boundaries of forensic psychology. Invited
        address at the annual meetings of the American Psychological Association, New
        Orleans, LA, August, 2006

14.     What can psychology contribute to the assisted suicide debate ?  Invited address at
        the annual meeting of the American Psychology-Law Society, St. Petersburg, FL,
        March, 2006

15.     Stalking on campus. Plenary address at the New York Conference on Counseling
        Psychology, Oswego, NY, June, 2005.

16.     Assessment and intervention with suicidal patients at the end of life. Invited
        address at the Annual Meeting of the National Hospice and Palliative Care
        Organization, Las Vegas, NV, March, 2004

17.     Juvenile delinquency, psychopathy, and psychological assessment. Society for
        Adolescent Psychiatry, New York, NY, May, 2002.

18.     Forensic psychology and psychiatry:  What does it take to be an expert?  American
        Academy of Forensic Sciences Annual Conference, Atlanta, GA, February, 2002

19.     Depression, hopelessness, and requests for assisted suicide.  3rd Symposium on
        Coma and Death, Havana, Cuba, February, 2000

Rosenfeld, Barry
p. 34

20.     Risk assessment in the wake of Hendricks.  American Psychological Association/
        American Bar Association Conference on Psychological Expertise and Criminal
        Justice, Washington D.C., October, 1999

21.     Assisted suicide, depression and the right to die.  Invited address at the 3rd Annual
        Japanese Society of Palliative Medicine, Kyoto, Japan, March, 1998

22.     The impact of pain on psychological functioning in patients with AIDS.  Plenary
        address at the 6th Annual Munich AIDS Conference, Munich, Germany, July, 1997.

Peer-Review Conference Presentations (oral presentations, last 10 years):
1.      Rosenfeld. B. Cross-cultural issues in malingering and feigning. Presented as part of
        a roundtable on Cross-Cultural Issues in Forensic Assessment: Problems and
        Solutions, annual conference of the International Association of Forensic Mental
        Health Services, Split, Croatia, June 2017

2.      *Gerbrandj, J., Mischel, A., & Rosenfeld, B.  Self-reported traits and behaviors among
        intimate partner violence and prior intimate partner stalking offenders. Paper
        presented at the annual conference of the International Association of Forensic
        Mental Health Services, Split, Croatia, June 2017

3.      *Quick, E., & Rosenfeld, B. Comparing the Comprehensive Assessment of
        Psychopathic Personality (CAPP) to the Psychopathy Checklist, Screening Version
        (PCL:SV). Paper presented at the annual conference of the International Association
        of Forensic Mental Health Services, Split, Croatia, June 2017

4.      *Foellmi, M., Rosenfeld, B., Khadivi, A., Nijdam-Jones, A., Wijetunga, C. & Rotter, M.
        Errors and correct decisions in a violence risk screening instrument. Paper
        presented at the annual conference of the International Association of Forensic
        Mental Health Services, Split, Croatia, June 2017

5.      *Nijdam-Jones, A., Rivera, D., Rosenfeld, B., & Arango-Lasprilla, J. C. A cross cultural
        analysis of the Test of Memory Malingering among Latin American Spanish-
        Speaking adults.  Paper presented at the annual conference of the International
        Association of Forensic Mental Health Services, Split, Croatia, June 2017

6.      Rosenfeld, B. Sexually violent predator evaluations as a mechanism for teaching
        critical psychology-law issues. Paper presented at the annual conference of the
        American Psychology-Law Society, Seattle, WA, March 2017

7.      *Picard, E., Rosenfeld, B., & Rotter, M. Using the HCR-20V3 to predict inpatient
        violence. Paper presented at the annual conference of the American Psychology-Law
        Society, Seattle, WA, March 2017

Rosenfeld, Barry
p. 35

8.      *Gerbrandj, J., Nijdam-Jones, A., & Rosenfeld, B. Characteristics of intimate partner
        violence and prior intimate partner stalking offenders. Paper presented at the
        annual conference of the American Psychology-Law Society, Seattle, WA, March
        2017

9.      *Wijetunga, C., Rosenfeld, B., & Galieta, M. The impact of gender on the structure and
        predictive accuracy of the B-SAFER. Paper presented at the annual conference of the
        American Psychology-Law Society, Seattle, WA, March 2017

10.     *Quick, E., & Rosenfeld, B. Comparing the Comprehensive Assessment of
        Psychopathic Personality (CAPP) to the Psychopathy Checklist, Screening Version
        (PCL:SV) in predicting recidivism. Paper presented at the annual conference of the
        American Psychology-Law Society, Seattle, WA, March 2017

11.     Joscelyne, A., Rosenfeld, B., Keller, A., & Granski, M. Central American migrants:
        Expanding the way we think about asylum seekers. Paper presented at the 10th
        Scientific Symposium of the International Rehabilitation Council for Torture Victims,
        Mexico City, Mexico, December 2016

12.     Rosenfeld, B., Foellmi, M., Khadivi, A., Grover, S., Wijetunga, C., Nijdam-Jones, A., &
        Rotter, M. Development and initial validation of the Fordham Risk Screening Tool
        (FRST). Paper presented at the annual conference of the American Academy of
        Psychiatry and Law, Portland OR, October, 2016.

13.     *Nijdam-Jones, A., Rosenfeld, B., Foellmi, M., Khadivi, A., Wijetunga, C., & Grover, S.
        Substance use and violence risk assessment.  Paper presented at the annual
        conference of the International Association of Forensic Mental Health Services, New
        York, NY, June, 2016.

14.     *Foellmi, M., Nijdam-Jones, A., Rosenfeld, B., Khadivi, A., Grover, S., & Wijetunga, C.
        Formulation quality in violence risk assessment reports: The influence of patient
        and contextual variables. Paper presented at the annual conference of the
        International Association of Forensic Mental Health Services, New York, NY, June,
        2016.

15.     *Picard, E., & Rosenfeld, B. Understanding and applying the grave disability prong to
        civil commitment proceedings. Paper presented at the annual conference of the
        International Association of Forensic Mental Health Services, New York, NY, June,
        2016.

16.     *Gerbrandij, J. & Rosenfeld, B. Evaluation of risk assessment tools in prior intimate
        partner stalking and intimate partner violence. Paper presented at the annual
        conference of the International Association of Forensic Mental Health Services, New
        York, NY, June, 2016.

Rosenfeld, Barry
p. 36

17.   *Wijetunga, C., Foellmi, M. Nijdam-Jones, A., Grover, S., Rosenfeld, B., & Khadivi, A. Structural analysis of gender differences on the Historical-Clinical-Risk-20, Version 3 (HCR-20V3). Paper presented at the annual conference of the International Association of Forensic Mental Health Services, New York, NY, June, 2016.

18.   Rosenfeld, B., Foellmi, M., Khadivi, A., Wijetunga, C., Nijdam-Jones, A., & Rotter, M. Development and initial validation of the Fordham Risk Screening Tool (FRST). Paper presented at the annual meeting of the American Psychology-Law Society, Atlanta, GA, March, 2016

19.   *Foellmi, M., Rosenfeld, B., Khadivi, A., Grover, S., Wijetunga, C., & Nijdam-Jones, A. The Fordham Risk Screening Tool: Equally effective with all patients? Paper presented at the annual meeting of the American Psychology-Law Society, Atlanta, GA, March, 2016

20.   *Wijetunga, C., Foellmi, M., Khadivi, A., & Rosenfeld, B. The role of protective factors in violence risk triage. Paper presented at the annual meeting of the American Psychology-Law Society, Atlanta, GA, March, 2016

21.   Grover, S., Khadivi, A., Foellmi, M., & Rosenfeld, B. Comorbid violent and suicidal ideation: What accounts for the differences. Paper presented at the annual meeting of the American Psychology-Law Society, Atlanta, GA, March, 2016

22.   *Nijdam-Jones, A., & Rosenfeld, B. Cross-cultural feigning assessment: A systematic review of feigning instruments used with culturally and ethnically diverse samples. Paper presented at the annual meeting of the American Psychology-Law Society, Atlanta, GA, March, 2016

23.   *Wijetunga, C., Nijdam-Jones, A., Rosenfeld, B., Martinez, R., & Cruise, K. Using the Juvenile Sex Offender Assessment Protocol-Revised to assess psychopathy. Paper presented at the annual meeting of the American Psychology-Law Society, Atlanta, GA, March, 2016

24.   Barese, T., Galietta, M., Zapf, P., Shiva, A., Rosenfeld, B., & Hart, S.  Assessing diagnostic overlap between secondary psychopathy and borderline personality disorder. Paper presented at the annual meeting of the American Psychology-Law Society, Atlanta, GA, March, 2016

25.   Rosenfeld, B., Foellmi, M., Khadivi, A., & Rotter, M. A systematic approach to "risk triage" in a psychiatric setting. Paper presented at the annual meeting of the European Association of Psychology and Law, Nurenburg, Germany, August 2015

Rosenfeld, Barry
p. 37

26. *Foellmi, M., Rosenfeld, B., Khadivi, A., Wijetunga, C., & Grover, S. Risk formulation in violence risk assessment: A qualitative and quantitative study of the HCR-20 V3. Paper presented at the annual meeting of the International Association of Forensic Mental Health Services, Manchester, UK, June 2015

27. *Nijdam, Jones, A., & Rosenfeld, B. Diagnostic typologies of convicted stalkers. Paper presented at the annual meeting of the International Association of Forensic Mental Health Services, Manchester, UK, June 2015

28. Rosenfeld, B., Pessin, H, James, R., Tobias, K., Brescia, R. & Breitbart, W. Adapting Meaning-Centered Psychotherapy for a palliative care setting: A pilot study. Paper presented at the annual meeting of the European Association of Palliative Care, Copenhagen, Denmark, May, 2015

29. *Nijdam-Jones, A., Rosenfeld, B., Wijetunga, C., & Galietta, M. Predictive accuracy of the Short Term Assessment of Risk and Treatability (START): Reoffending outcomes with general offenders. Paper presented at the annual meeting of the American Psychology-Law Society, San Diego, CA, March, 2015

30. Green, D., Rosenfeld, B., Cruise, K., Belfi, B., Lam, J., Iskander, E., Griswold, H., Grossi, L., & Kunz, M. Identifying clusters of forensic patients by vulnerability ratings on the Short Term Assessment of Risk and Treatability (START) and their relationship with institutional aggression. Paper presented at the annual meeting of the American Psychology-Law Society, San Diego, CA, March, 2015

31. Rosenfeld, B., Pessin, H, James, R., Tobias, K., & Breitbart, W. Adapting Meaning-Centered Psychotherapy for Palliative Care Patients. Paper presented at the annual meeting of the International Psycho-Oncology Society, Lisbon, Portugal, October, 2014

32. *Foellmi, M., Rosenfeld, B., Rotter, M. & Khadivi, A. Violence risk screening: The influence of clinician and patient variables. Paper presented at the 13th annual meeting of the International Association of Forensic Mental Health Services, Toronto, Canada, June, 2014

33. *Anderson, G., Galietta, M., Rosenfeld, B., & Ng, C. Rates of aggression between men who completed anger management or modified Dialectical Behavior Therapy. Paper presented at the 13th annual meeting of the International Association of Forensic Mental Health Services, Toronto, Canada, June, 2014

34. *Howe, J., Rosenfeld, B., Foellmi, M., Stern, S., & Rotter, M. Evaluating the reliability, validity and utility of the HCR-20[V3]. Paper presented at the annual meeting of the American Psychology-Law Society, New Orleans, LA, March, 2014

Rosenfeld, Barry
p. 38

35.    *Wijetunga, C., Martinez, R., & Rosenfeld, B. Predictive validity of the J-SOAP-II across discharge settings and offender characteristics. Paper presented at the annual meeting of the American Psychology-Law Society, New Orleans, LA, March, 2014

36.    Rosenfeld, B., Foellmi, M., Howe, J. & Rotter, M. Development and validation of the Bronx Risk Screening Tool (BRST). Paper presented at the 12th annual meeting of the International Association of Forensic Mental Health Services, Maastrict, Netherlands, June, 2013

37.    *Foellmi, M., & Rosenfeld, B., Dangerousness in civil commitment: International differences in legal standards and practices. Paper presented at the 12th annual meeting of the International Association of Forensic Mental Health Services, Maastricht, Netherlands, June, 2013

38.    *Kolva, E., Rosenfeld, B., James, R., Brescia, R., & Comfort, C.  Assessing decision-making capacity at the end of life: Concordance between clinician-rated capacity and performance on the MacCAT-T. Paper presented at the 13th World Congress of the European Association of Palliative Care, Prague, Czech Republic, June, 2013

39.    *Foellmi, M., Rosenfeld, B., Rotter, M., Greenspan, M., & Khadivi, A. Decisions, decisions... Violence risk triage in community psychiatric settings. Paper presented at the Annual meeting of the American Psychology-Law Society, Portland, OR, March, 2013.

40.    *Weiss, R., Rosenfeld, B., Supelana, C., A., & Pinzon, D. Feigned posttraumatic stress: The impact of strategy, acculturation and effort in a sample of Africans. Paper presented at the Annual meeting of the American Psychology-Law Society, Portland, OR, March, 2013.

41.    *Tobias, K., Liu, Y., Pessin, H., Breitbart, W. & Rosenfeld, B.  Exploratory factor analysis of the Memorial Symptom Assessment Scale in a terminally ill sample.  Paper presented at the annual meeting of the Society of Behavioral Medicine. San Francisco, CA, March, 2013.

42.    *Kolva, E., Liu, Y., Pessin, H., & Rosenfeld, B. Scale reduction of the Scale of Attitudes toward Hastened Death using Item Response Theory reduces patient burden. Paper presented at the annual meeting and Scientific Sessions of the Society of Behavioral Medicine, San Francisco, CA, March, 2013.

43.    *Foellmi, M. & Rosenfeld, B. The appropriateness of violence risk assessment tools in civil commitment: An international comparison. Paper presented at the John Jay International Conference on Global Perspectives on Justice, Security, and Human Rights, New York, NY, June, 2012.

Rosenfeld, Barry
p. 39

44.     *Foellmi, M. & Rosenfeld, B. Challenges of completing intake assessments with
        stalking and domestic violence offenders. Paper presented at the annual meeting of
        the International Association of Forensic Mental Health Services, Miami, FL, April,
        2012.

45.     *Martinez, R., Rosenfeld, B., & Cruise, K. Predictive validity of the J-SOAP-II with a
        multiethnic sample of juvenile offenders. Paper presented at the annual meeting of
        the American Psychology-Law Society, San Juan, Puerto Rico, March, 2012.

46.     *Weiss, R., Rosenfeld, B., & Rasmussen, A. Cross-cultural validity in forensic
        psychology: The efficacy of measures of effort in a sample of West Africans. Paper
        presented at the annual meeting of the American Psychology-Law Society, San Juan,
        Puerto Rico, March, 2012.

47.     *Foellmi, M. & Rosenfeld, B. Predicting stalking recidivism with the SAM. Paper
        presented as part of the symposium Risk of Violence and Reoffense in Stalkers:
        Broadening the Research Foundation, presented at the annual meeting of the
        American Psychology-Law Society, San Juan, Puerto Rico, March, 2012.

48.     *Pierson, A., & Rosenfeld, B. Prevalence of personality disorders in stalking
        offenders. Paper presented as part of the symposium Risk of Violence and Reoffense
        in Stalkers: Broadening the Research Foundation, presented at the annual meeting
        of the American Psychology-Law Society, San Juan, Puerto Rico, March, 2012.

49.     *Stanziani, M. & Rosenfeld, B. Empathy and moderation of aggression in stalking.
        Paper presented as part of the symposium Risk of Violence and Reoffense in
        Stalkers: Broadening the Research Foundation, presented at the annual meeting of
        the American Psychology-Law Society, San Juan, Puerto Rico, March, 2012.

50.     Pessin, H., Kolva, E., Lowery, A., Jhanwar, S., Harvey, E., Rosenfeld, B., & Breitbart, W.
        The use of time-limited supportive psychotherapy when you have limited
        time. Paper presentation at the annual meeting of the American Psychosocial
        Oncology Society, Miami, FL, February 2012.

51.     *Rohlehr, L.  Rosenfeld, B., Green, D., & Belfi, B.  Malingered incompetence to stand
        trial:  Do psychiatrists rely on certain symptom patterns when assessing potential
        malingering? Paper presented at the annual meeting of the American Psychological
        Association, Washington, D.C., August, 2011

52.     Ivanoff, A., Galietta, M., Turner-Corn, Z., Foellmi, M., & Rosenfeld, B. Development
        and evaluation of a treatment program for stalking offenders. Symposium presented
        at the annual meeting of the International Association of Forensic Mental Health
        Services, Barcelona, Spain, July, 2011.

Rosenfeld, Barry
p. 40

53.   Carr, A. W., Crawford, L., Eggenberger, M., Rosenfeld, B., & Rotter, M. Prediction of aggression and nonaggressive rule breaking among a sample of civil psychiatric patients. Paper presented at the annual meeting of the International Association of Forensic Mental Health Services, Barcelona, Spain, July, 2011.

54.   Rosenfeld, B. Good enough for government work: The development and dissemination of psycho-legal instruments. Paper presented that the annual meeting of the American Psychology-Law Society, Miami, FL, March, 2011

55.   *Foellmi, M., Rosenfeld, B., Greenspan, M., Rotter, M., & Khadivi, A. Who needs violence risk assessment?  Systematizing the screening process for psychiatric inpatients. Paper presented that the annual meeting of the American Psychology-Law Society, Miami, FL, March, 2011

56.   *Green, D., Rosenfeld, B., Belfi, B., & Rohlehr, L. New and improved: A comparison of the SIRS and SIRS-2. Paper presented that the annual meeting of the American Psychology-Law Society, Miami, FL, March, 2011

57.   *Pivovarova, E., & Rosenfeld, B. Malingering Assessment of Psychopathology (MAP). A guide to improved clinical judgment. Paper presented that the annual meeting of the American Psychology-Law Society, Miami, FL, March, 2011.

58.   Rosenfeld, B. (November, 2010). Verifying and measuring the severity of torture. Paper presented at the annual meeting of the International Society of Traumatic Stress Studies, Montreal, Quebec.

59.   Greenspan, M., Khadivi, A., Lee, L., Rosenfeld, B., & Rotter, M. (October, 2010). Development of a brief violence risk screening tool. Paper presented at the annual meeting of the American Academy of Psychiatry and the Law, Tucson, AZ.

60.   *Garcia-Mansilla, A. & Rosenfeld, B. (August, 2010). Violence risk assessment in women: Predictive accuracy of the HCR-20. Poster presented at the annual meeting of the American Psychological Association, San Diego, CA.

61.   Rosenfeld, B., Foellmi, M., Galietta, M., Ivanoff, A., & Turner-Corn, Z. (June, 2010). Treatment engagement with psychopathic offenders. Paper presented at the annual meeting of the European Association of Psychology and Law, Gothenburg, Sweden.

62.   Rosenfeld, B., Galietta, M., Ivanoff, A., Turner-Corn, Z., Garcia-Mansilla, A., Fava, J., Fineran, G., & Cahall, J. (May, 2010).  Treating psychopathic offenders with Dialectical Behavior Therapy.  Paper presented at the annual meeting of the International Association of Forensic Mental Health Services, Vancouver, British Columbia.

Rosenfeld, Barry
p. 41

63.     Rosenfeld, B., Newkirk, L., Pessin, H., Comfort, C., & Brescia, R. (March, 2010).
        Competence to make end-of-life treatment decisions in terminally ill cancer
        patients. Paper presented at the annual meeting of the American Psychology-Law
        Society, Vancouver, British Columbia.

64.     *Green, D., Belfi, B., & Rosenfeld, B.  (March, 2010).  Supplementing evaluations in a
        forensic psychiatric setting with cognitive malingering measures. Paper presented
        at the annual meeting of the American Psychology-Law Society, Vancouver, British
        Columbia.

65.     *Rohlehr, L. N., Rosenfeld, B., Green, D., & Belfi, B. (March, 2010).  The assessment of
        malingered incompetence to stand trial using the ECST-R. Paper presented at the
        annual meeting of the American Psychology-Law Society, Vancouver, British
        Columbia.

66.     *Pierson, A. M., Rosenfeld, B., Green, D., & Belfi, B.  (March, 2010).  Investigating the
        relationship between Antisocial Personality disorder and malingering. Paper
        presented at the annual meeting of the American Psychology-Law Society,
        Vancouver, British Columbia.

67.     *Green, D., Belfi, B., & Rosenfeld, B.  (March, 2010).  Impact of intelligence and
        severity of psychiatric symptoms on cognitive malingering measures. Paper
        presented at the annual meeting of the American Psychology-Law Society,
        Vancouver, British Columbia.

68.     *Lhewa, D., & Rosenfeld, B.  (November, 2008).  Perceived social support and
        distress among Tibetan survivors of torture and refugee trauma.  Paper presented at
        the annual meeting of the International Society for Traumatic Stress Studies,
        Chicago, IL.

69.     *Raghavan, S., Rasmussen, A., & Rosenfeld, B.  (November, 2008).  Correlates of
        symptom reduction in treatment seeking survivors of torture.  Paper presented at
        the annual meeting of the International Society for Traumatic Stress Studies,
        Chicago, IL.

70.     *Green, D., Rasmussen, A., & Rosenfeld, B.  (August, 2008).  Research methodology in
        torture research.  Poster presented at the Annual Meeting of the American
        Psychological Association, Boston, MA

71.     Rosenfeld, B., Keller, A., & Crosby, S.  (July, 2008).  Involvement of mental health
        professionals in torture and prisoner abuse. Paper presented at the annual meeting
        of the International Association of Forensic Mental Health Services, Vienna, Austria.

Rosenfeld, Barry
p. 42

72.   *Carr, W. A., Rosenfeld, B., Magyar, M., & Rotter, M. (July, 2008).  The relationship between criminal cognitions and psychopathology.  Paper presented at the annual meeting of the International Association of Forensic Mental Health Services, Vienna, Austria.

73.   Rosenfeld, B., Pessin, H., & Breitbart, W.  (May, 2008).  Measuring hopelessness at the end of life.  Paper presented at the biennial research conference of the European Association of Palliative Care, Trondheim, Norway.

74.   Rosenfeld, B. (March, 2008).  Some say yes, some say no:  Decision rules for integrating multiple measures of malingering. Paper presented at the annual conference of the American Psychology-Law Society, Jacksonville, FL.


Workshops / Briefings:
- Mental Health Issues at the End-of-life
  - American Psychological Association Congressional Briefing Series, Washington, DC, July, 2001

- End-of-life Issues in Forensic Psychology
  - American Academy of Forensic Psychology, Fort Lauderdale, FL, May, 2008

- Psychological Effects of Detention and Interrogation
  - United States Office of Military Commissions, Arlington, VA, June, 2009

- Cultural Competence in Forensic Assessment
  - American Academy of Forensic Psychology, Miami, FL, November, 2010
  - American Academy of Forensic Psychology, Memphis, TN, April, 2012
  - Institute of Law, Psychiatry and Public Policy, Richmond, VA, January, 2013
  - American Psychology-Law Society, New Orleans, LA, March, 2014
  - American Academy of Forensic Psychology, Atlanta, GA, November 2014

- Assessment and Treatment of Stalking Offenders
  - Institute for Forensic Science, Maastricht, Netherlands, November, 2012

- Clinical Assessment of Feigning and Malingering
  - American Academy of Forensic Psychology, Philadelphia, PA, June, 2014
  - American Academy of Forensic Psychology, Atlanta GA, November, 2014
  - Forensic Training Academy/John Jay College of Criminal Justice, New York NY, June 2015

- Violence Risk Assessment
  - Bronx Psychiatric Center/Albert Einstein College of Medicine, New York, NY, June, 2015

Rosenfeld, Barry
p. 43

- o   Buffalo Psychiatric Center/NYS Office of Mental Health, Buffalo, NY, July, 2015
- o   Capital District Psychiatric Center/NYS Office of Mental Health, Albany, NY, November, 2015
- o   Division of Forensic Services/NYS Office of Mental Health, Albany NY, February, 2016
- o   New York State Office of Mental Health, New York, NY, May, 2016
- o   Bronx Psychiatric Center/NYS Office of Mental Health, April 2017

Grand Rounds/Invited Research Presentations:
      Bellevue Hospital Center, New York, NY
      Bronx-Lebanon Hospital, Bronx, NY
      Brooklyn College, Brooklyn, NY
      Brooklyn Law School, Brooklyn, NY
      Columbia University, College of Physicians and Surgeons, New York, NY
      Cornell University, School of Public Health, New York, NY
      Drexel University, Philadelphia, PA
      Educational Testing Service, Princeton, NJ
      Iona College, New Rochelle, NY
      Kirby Forensic Psychiatric Center, New York, NY
      Legal Aid Society, New York, NY
      Lehman College, Bronx, NY
      Lincoln Hospital, Bronx, NY
      Maastricht University, Maastricht, Netherlands
      Memorial Sloan-Kettering Cancer Center, New York, NY
      Mental Hygiene Legal Service, New York, NY
      Mid-Hudson Forensic Psychiatric Center, Goshen, NY
      New York City Family Court, New York, NY
      Simon Fraser University, Vancouver, BC
      St. Vincent's Hospital, New York, NY
      Swinburne University of Technology, Melbourne, Australia
      University of Alabama, Tuscaloosa, AL
      University of Arizona, Tucson, AZ
      University of Massachusetts Medical School, Worcester, MA
      Veteran's Administration Medical Center, Bronx, NY

January 16, 2018